# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.; 9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.; 9 XIUFEI BOOK TECHNOLOGY CO., LTD.; HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.; WEI GAO a/k/a GAO WEI; ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and ZHAOPING LIU a/k/a LIU ZHAOPING,<br><br>Defendants. | Case No. 4:19-cv-1167-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' THIRD MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]**<br><br>CURRENT DATE:   December 17, 2019<br>PROPOSED DATE:   March 17, 2020<br><br>TIME:             2:00 p.m.<br>CTRM:            Oakland – 6 – 2nd Floor<br><br>Hon. Jon S. Tigar |

The Court, having read and considered Plaintiffs' Third Motion to Continue Case Management Conference [L.R. 6-1(B)], and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that the Case Management Conference in this action is continued from December 17, 2019 to March 17, 2020 at 2:00 p.m. in Courtroom 6, 2nd Floor, Oakland, CA.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                                    Jon S. Tigar
                                                                    U.S. District Judge

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On **November 26, 2019,** I served the following: **[PROPOSED] ORDER GRANTING PLAINTIFFS' THIRD MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]** on the interested parties in this action as follows:

| | |
|---|---|
| 9 Xiu Network (Shenzhen) Tech. Co., Ltd. a/k/a Jiuxiu Network (Shenzhen) Tech. Co., Ltd.<br>9 Xiu Feishu Science and Tech. Co., Ltd.<br>9 Xiufei Book Technology Co., Ltd.<br>Home Network (Fujian) Tech. Co., Ltd.<br>Wei Gao a/k/a Gao Wei<br>No. 112, Shanghai V Gu, 1 Hao Chengshi Yongxian Road, Maantang Community, Bantian Street, Longgand District, Shenzhen<br>Email: 262740299@qq.com<br>493661190@qq.com<br>793661190@qq.com<br>geeai@qq.com<br>zubin878@foxmail.com | Zhaochun Liu a/k/a Liu Zhaochun<br>1002C, 10th Floor, Build A, Haide Building, Nan Xin Road Xiang Nan,<br>Nan Shan Street, Nanshan District, Shenzhen<br>Email: Anly2016@qq.com<br>416257666@qq.com<br>32687976006@qq.com<br>Zhaoping Liu a/k/a Liu Zhaoping<br>1002C, 10th Floor, Build A, Haide Building, Nan Xin Road Xiang Nan,<br>Nan Shan Street, Nanshan District, Shenzhen<br>Email: 416257666@qq.com<br>3200369367@qq.com |

**DEFENDANTS**

(X) **BY EMAIL:** the above-entitled document to be served electronically by email.

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 26, 2019**, at Los Angeles, California.

_/s/ Deborah DeLuna_
Deborah DeLuna