TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
Facebook, Inc. and Instagram, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,

Plaintiffs,

v.

9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.;
9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.;
9 XIUFEI BOOK TECHNOLOGY CO., LTD.;
HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.;
WEI GAO a/k/a GAO WEI;
ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and ZHAOPING LIU a/k/a LIU ZHAOPING,

Defendants.

Case No. 4:19-cv-1167-JST

**DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]**

CURRENT DATE:      December 17, 2019
PROPOSED DATE:    March 17, 2020

TIME:              2:00 p.m.
CTRM:            Oakland 6 –2nd Floor

Hon. Jon S. Tigar

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

I, David J. Steele, declare as follows:

1.      I am a partner at Tucker Ellis LLP, attorneys of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2.      Upon the filing of this action, I coordinated the translation into Chinese of all case initiating documents, as well as those required by the local rules, so that they could be served upon Defendants via the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Service Convention"). I also retained the services of Celeste Ingalls of Alan H. Crowe & Associates, Inc. to assist with service via the Hague Convention. Ms. Ingalls is an expert on service of process in foreign countries.

3.      Because Ms. Ingalls advised me that service of process in China via the Hague Convention would take two years or longer, I arranged to have courtesy copies of the following documents, with a cover letter, sent to Defendants both by email to all of Defendants' known email addresses and by hand delivery. A copy of that email is attached as Exhibit 1.

a.   Complaint with all Exhibits;

b.   Civil Cover Sheet;

c.   Certificate of Interested Parties;

d.   Corporate Disclosure Statement;

e.   Report on the Filing or Determination of an Action Regarding a Patent or Trademark;

f.   Issued Summons;

g.   Case Assignment to Judge Tigar;

h.   Order Setting Initial Case Management Conference;

i.   Standing Order All Judges;

j.   Judge Tigar's Standing Order;

k.   Notice of Video;

l.   Notice of Availability of Magistrate Judge;

m.   Electronic Case Filing (ECF) Registration Information Handout; and

n.   Filing Procedures for San Francisco Division.

DECLARATION OF DAVID J. STEELE
CASE NO. 4:19-CV-1167-JST

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

1  Also included in the hand delivery package was a waiver of service of process form and prepaid FedEx

2  envelope.

3       4.     As shown in Exhibit 1, I requested that Defendants either conduct the mandatory ADR and

4  Rule 26(f) conferences as required by this Court's order setting a case management conference and related

5  deadlines or, in the alternative, stipulate to continue the case management conference.

6       5.     Shortly after this action was filed, it received coverage from numerous Chinese media

7  outlets. Copies of Chinese news articles concerning this action together with their English translations are

8  attached as Exhibit 2. As can be seen in Exhibit 2, this action was reported in the Chinese media at least

9  as early as Tuesday, March 5, 2019 China Standard Time, which corresponds to Monday, March 4, 2019

10  local time.

11       6.     Apparently in response to this lawsuit and its media coverage, Defendants took down each

12  of the websites accessible at the infringing and cybersquatting domain names. Although I am unaware of

13  the exact date and time the websites were taken down, I know they were taken down at least as early

14  March 4, 2019 local time.

15       7.     On May 29, 2019, I received an email from an individual purporting to represent Defendant

16  9 Xiu Network (Shenzhen) Technology Co., Ltd. ("9 Xiu"). A copy of this email is attached as Exhibit 3.

17       8.     In response, I arranged to have a native Chinese speaker employed by my firm, Ying Chen,

18  prepare and send an email in Chinese requesting that Defendants meet and confer on the topics listed in

19  Rule 26(f) or stipulate to continue the case management conference, and agree to waive service of process.

20  A copy of this email without attachments is attached as Exhibit 4. An English translation is attached as

21  Exhibit 5. Although Defendant 9 Xiu replied, it did not address Plaintiffs' requests.

22       9.     On November 22, 2019, Ms. Chen sent a similar email to Defendant 9 Xiu again requesting

23  that Defendant waive service and either meet and confer on the topics required by Rule 26(f) or stipulate

24  to continue the case management conference. In that email, Ms. Chen also explained that Plaintiffs intend

25  to move for default judgment pursuant to Article 15 of the Hague Service Convention. A copy of this

26  email is attached as Exhibit 6 with an English translation attached as Exhibit 7.

27

28

DECLARATION OF DAVID J. STEELE
CASE NO. 4:19-CV-1167-JST

10.     My offices also emailed the remaining Defendants on November 22, 2019 and requested they stipulate to the relief sought in this motion. I did not receive a response. A copy of this email is attached as Exhibit 8.

11.     Aside from the email received from the individual purporting to represent Defendant 9 Xiu, no other Defendant has responded.

12.     Because the Defendants have ignored Plaintiffs' requests to meet and confer on the topics listed in Rule 26(f) and have not stipulated to continue the case management conference, Plaintiffs are filing the instant motion. This is the third request for the extension of any deadline in this action, and I do not believe that the extension will have an impact on the case schedule given that no scheduling order has yet been entered and given Plaintiffs' intent to move for default judgment under Article 15 of the Hague Service Convention.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 26, 2019 in Los Angeles, California.

  /s/David J. Steele
DAVID J. STEELE

DECLARATION OF DAVID J. STEELE
CASE NO. 4:19-CV-1167-JST

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On **November 26, 2019,** I served the following: **DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R.6-1(B)]** on the interested parties in this action as follows:

**9 Xiu Network (Shenzhen) Tech. Co., Ltd. a/k/a Jiuxiu Network (Shenzhen) Tech. Co., Ltd.**

**9 Xiu Feishu Science and Tech. Co., Ltd.**

**9 Xiufei Book Technology Co., Ltd.**

**Home Network (Fujian) Tech. Co., Ltd.**

**Wei Gao a/k/a Gao Wei**

No. 112, Shanghai V Gu, 1 Hao Chengshi Yongxian Road, Maantang Community, Bantian Street, Longgand District, Shenzhen

Email: 262740299@qq.com

493661190@qq.com

793661190@qq.com

geeai@qq.com

zubin878@foxmail.com

**Zhaochun Liu a/k/a Liu Zhaochun**

1002C, 10th Floor, Build A, Haide Building, Nan Xin Road Xiang Nan,

Nan Shan Street, Nanshan District, Shenzhen

Email: Anly2016@qq.com

416257666@qq.com

32687976006@qq.com

**Zhaoping Liu a/k/a Liu Zhaoping**

1002C, 10th Floor, Build A, Haide Building, Nan Xin Road Xiang Nan,

Nan Shan Street, Nanshan District, Shenzhen

Email: 416257666@qq.com

3200369367@qq.com

### DEFENDANTS

(X)  **BY EMAIL:** the above-entitled document to be served electronically by email.

(X)  **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X)  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **November 26, 2019**, at Los Angeles, California.

_____
Deborah DeLuna

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

# Exhibit 1

| | |
|---|---|
| **From:** | Davidson, Jane |
| **To:** | "262740299@qq.com"; "493661190@qq.com"; "793661190@qq.com"; "Anly2016@qq.com"; "416257666@qq.com"; "32687976006@qq.com"; "416257666@qq.com"; "3200369367@qq.com" |
| **Cc:** | Steele, David J.; Lauridsen, Steven E. |
| **Subject:** | Facebook, Inc. v. 9 XIU Network (Shenzhen) Tec. Co. Ltd. et al., No. 3:19-cv-01167 (Tucker Ellis Matter No. 015949-005) |
| **Date:** | Monday, May 13, 2019 5:11:57 PM |
| **Attachments:** | image001.png<br>Facebook v. Jiu Xiu Documents (Original).zip<br>Facebook v. Jiu Xiu Documents (Translated).zip |

Sent on Behalf of David Steele:

To Whom It May Concern:

     We represent Facebook, Inc. and Instagram, LLC (collectively, "Facebook") with respect to certain intellectual property matters. Facebook recently filed a civil lawsuit in the United States District Court for the Northern District of California. You are a named defendant in this lawsuit.

     You will be formally served with the lawsuit through the Central Authority for China in accordance with the Hague Convention for Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"). To expedite and simplify matters for all involved, we are enclosing with this letter courtesy copies of the pertinent documents filed in the lawsuit. Please note that the delivery of these documents does not constitute formal service of process and does not start the countdown toward your deadline to file an answer in the lawsuit. These documents include:

1. Complaint with Exhibits
   Exhibit 1: Credit Report
   Exhibit 2: Facebook Trademark Registrations
   Exhibit 3: Instagram Trademark Registrations
   Exhibit 4: 9xiufacebook.com Screenshot
   Exhibit 5: 9xiufacebook.cc Screenshot
   Exhibit 6: 9xiufacebook.net Screenshot
   Exhibit 7: maihaoba.cc Screenshot
   Exhibit 8: myfacebook.cc Screenshot
   Exhibit 9: myhaoba.com Screenshot
   Exhibit 10: 9xiufacebook.com Archive
   Exhibit 11: 9xiufacebook.com Screenshot
   Exhibit 12: Whois data
2. Civil Cover Sheet
3. Certificate of Interested Parties
4. Corporate Disclosure Statement
5. Report on the Filing or Determination of an Action Regarding a Patent or Trademark
6. Issued Summons
7. Case Assignment to Judge Tigar
8. Order Setting Initial Case Management Conference
9. Standing Order All Judges
10. Judge Tigar Standing Order
11. Notice of Video
12. Notice of Availability of Magistrate Judge
13. Electronic Case Filing (ECF) Registration Information Handout
14. Filing Procedures for San Francisco Division

As you can see from Document No. 6 listed above, the Court has scheduled a Case Management Conference on June 5, 2019. As set forth in that order, we are required to meet and confer with you or your counsel concerning methods and the selection of alternate dispute resolution in an attempt to resolve this case without going to trial. We are also required to meet and confer with you or your counsel concerning the management of the case and a proposed schedule. The current deadline for this conference is May 15, 2019. Once we have conferred, we need to submit a joint report to the Court before May 29, 2019. Please let us know of a date before May 15, 2019, when you or your counsel are able to discuss these matters.

If we do not hear from you regarding a date to confer, we intend to move the Court to extend the case management conference by three months to September 4, 2019, so that we may have time to meet and confer with you or your counsel before that date. Please let us know whether you will stipulate to moving that date.

Please contact me by telephone at +1 213.430.3360 or by email at david.steele@tuckerellis.com to further discuss this matter.

Sincerely,

Tucker Ellis LLP

David J. Steele

Enclosures

**Jane Davidson | Law Clerk | Tucker Ellis LLP**
515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3030 | Fax: 213-430-3409
jane.davidson@tuckerellis.com
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

Exhibit 2

# Media Reporting 1

# SCREENSHOT OF WEBSITE
# (ORIGINAL IN SIMPLIFIED CHINESE)



百度首页　登录

# 吴亦凡、蔡徐坤流量谁在刷？Facebook起诉了4家中国数据造假公司

 资本邦
03-07　00:02



百家号/资本邦

日前，美国社交平台公司脸书(Facebook)称，其已向美国加利福尼亚北区联邦地区法院提起诉讼，起诉了四家中国公司和三名在中国境内活动人士(下称"被告方")。

被告：

九秀网络(深圳)网络技术有限公司;

**9 Xiu feishu Science and Technology(**九秀飞书**);**

**9 Xiufei Book Technology(**九秀飞书**);**

**Home Network (Fujian) Technology Co.(**有家网络**);**

九秀网络的大股东、总经理和执行董事高伟及另外两个人。

指控内容：

被告方在2017年至2019年期间，通过运营六家网站，针对脸书及其旗下图片及视频分享社交软件Instagram进行了侵权、违法活动，包括非法推销虚假账户，销售点赞和增粉服务。

1、以侵权抢注域名的名义，要求被告赔偿10万美元并停止侵权行为；

2、要求法院阻止被告方进行以下活动：在Facebook和Instagram上创建和推广虚假账户、销售点赞和"虚假"粉丝、在其网站上侵犯脸书商标、使用脸书

---

 **资本邦**
最近更新:03-07　00:02

简介:资本邦（China IPO）

作者最新文章

阿里、京东、拼多多"混战"垂直新战场！

第18届发审委"首秀"：曾因"毒牛油"被取消核的天味食品过会

朗姿股份拟用20亿零花钱买理财

相关文章

 扎克伯格的成功之道
财经先声　03-12

 扎克伯格开始反思，Facebook 为何要"变
钛媒体APP　03-12

 Facebook一直在努力打造像微信那样的"万能应
快科技　03-10

 Facebook要抄袭微信，之前曾抄抖音，中国科
网络大件事　03-13

 Facebook战略转移区块链 暂放弃中国市场
金融界　03-11

品牌的域名。公开资料显示，九秀网络注册于2017年4月，注册资本500万人

民币，目前为"存续"状态。



百度首页·登录

海量app
尽情畅玩



起诉书首页(图片来源：TechCrunch）

虚假账户、销售点赞和"虚假"粉丝等数据造假的现象，我们似乎早已见怪不怪。

**2018年11月3日，吴亦凡去美国发新专辑《Antares》，疑似粉丝刷榜事件。**





人家歪果仁根本没听过吴亦凡。

还有被央视点名批评的蔡徐坤——



(图片来源：央视新闻截图)

(图片来源：央视新闻截图)

随后，微博上竟出现蔡徐坤公益洗白现象——



(图片来源：微博截图)

该公益活动实际是CCTV6电影频道主办，成龙等百位电影人发起的公益活动。但是话题点进去全部都是蔡徐坤。

真的展示了：始于造假归于造假！

无论是视频网站刷点击量，还是社交媒体买粉丝、电商网站刷销量、直播和短视频平台刷赞数——对于这些互联网平台和平台玩家而言，数据就是金钱。

而"人流数据"往往可以转化为更多的"真金白银"。



对于初创互联网公司来说，投资人对公司业绩的重要判断依据就是平台的各类关键指标，如用户量、转化率、日活用户等。这些指标的高低直接影响到：一家公司能否获得投资人的认可和融资。

当一切的根源落到利益二字，想要禁止就不是那么容易了。

不单单是初创公司和脸书状告的那4家公司。2018年10月22日，公众号"小声比比"在《我承认，我们是有组织攻击马蜂窝的》一文中已经揭露了国内旅游行业知名企业"马蜂窝"数据造假现象。

文章显示，马蜂窝有至少7454个抄袭账号，虽然这些账号在用户中占比并不多，但是它贡献了85%的点评！

更有同一用户**12**次中奖的现象发生——

(图片来源:"小声比比"公众号)

尽管平台和法律严厉打击刷单增粉的行为，但是数据造假的问题依然屡禁不

百度首页 登录

存在自有原因。数据造假的背后是一条由流量变现驱动起来的互联网灰色产业链，造假方、平台自身和平台上的入驻商家都是这条产业链上的一环。

这条产业链上甚至已经诞生了专门的刷量公司，它们研发了专用的群控系统，可以通过一台电脑控制成千上万部手机下载、阅读文章、观看视频等刷量操作。

据一份针对小红书刷量商家的调查显示，其刷量业务的销售毛利率可以达到70-80%，利润可谓非常可观。

本文出品：资本邦。作者：郑钰、梅茜。

转载声明：本文为资本邦原创文章，转载请注明出处及作者，否则为侵权。

风险提示：资本邦呈现的所有信息仅作为投资参考，不构成投资建议，一切投资操作信息不能作为投资依据。投资有风险，入市需谨慎!

# SCREENSHOT OF TRANSLATION FROM SIMPLIFIED CHINESE INTO ENGLISH

https://baijiahao.baidu.com/s?id=1627272666870414640&wfr=spider&for=pc



Baidu homepage

log in

# Wu Yifan, Cai Xukun Who Is Faking The Page View Counts? Facebook Sued Four Chinese Data Fraud Companies

Capital state
03-07 00:02



A few days ago, Facebook , the US social platform company, said it had filed a lawsuit in the US Federal District Court for the Northern District of California , indicting four Chinese companies and three activists in China (hereinafter referred to as "the defendant").

- **defendant:**

Jiuxiu Network (Shenzhen) Network Technology Co., Ltd.;

9 Xiu feishu Science and Technology (九秀飞书);

9 Xiufei Book Technology (九秀飞书);

Home Network (Fujian) Technology Co. (Home Network);

Gao Wei, the major shareholder, general manager and executive director of Jiuxiu Network, and two others.

**Allegations:**

During the period from 2017 to 2019, the defendant conducted infringement and illegal activities against Facebook and its photo and video sharing social software Instagram through the operation of six websites, including illegal sales of fake accounts, product likes and fans adding services.

1. In the name of the infringement cybersquatting domain name, the defendant is required to compensate 100,000 US dollars and stop the infringement;

2. Require the court to prevent the defendant from doing the following activities: creating and promoting fake accounts, selling praises and "false" fans on Facebook and Instagram, infringing Facebook trademarks on their websites, and using Facebook brand names.

According to public information, Jiuxiu Network was registered in April 2017 with a registered capital of RMB 5 million and is currently in the "survival" status.



The home page of the indictment (Source: TechCrunch reported on March 2)

False accounts, product likes, and "false" fans and other data fraud phenomenon, we are not surprised by this type of news.

On November 3, 2018, Wu Yifan went to the United States to release a new album " Antares ", which was suspected of fans faking.



People have never heard of [Wu Yifan](#) .

**There is also [Cai Xukun who](#) was criticized by [CCTV](#) .**





The charity event was actually a charity event sponsored by CCTV6 film channel and sponsored by hundreds of filmmakers such as Jackie Chan. But the topic points are all about Cai Xukun .

This truly shows: starting from fraud and returning to fraud!

Whether it's a video site's clicks, social media fans purchasing, e-commerce sites, sales, live broadcasts, and short video platforms, the data is money for these Internet platforms and platform players.

As "artificial data" can often be converted into more "real money."

For start-up Internet companies, the important judgment of investors on the company's performance is based on various key indicators of the platform, such as user volume, conversion rate, and daily users. The level of these indicators directly affects whether a company can obtain investor recognition and financing .

When the root of everything falls into the word of interest, it is not so easy to want to ban.

Not only the four companies that Facebook sued, on October 22, 2018, the public number "Xiao Sheng Bi Bi" in the article "I admit that we are organized to attack the hornet's nest " has revealed the phenomenon of "hornet's nest" data fraud in the domestic tourism industry.

The article shows that beehive has at least 7454 plagiarized accounts, although these accounts do not account for a large proportion of users, but it contributed 85% of the comments!

**There is also phenomenon of 1 user win prize 12 times -**



(Source: "Xiao Sheng Bi Bi" public account)

It is "hornet's nest " like this, which has already received more than one billion dollars in financing .

Although there are platforms and laws severely cracked down on the fans adding phenomenon, the problem of data fraud has still been unstoppable.

There are reasons for this phenomenon. Behind the data fraud is a gray area industrial chain driven by traffic realization. The fraud parties, the platform itself and the settled merchants on the platform are all part of this industry chain.

In this industry chain, special view count fraud companies have been born. They have developed a dedicated group control system that can control thousands of mobile phones to download, read articles, watch videos and other fraud operations through just one computer .

According to a survey of small red book merchants, the gross profit margin of its view count fraud business can reach 70-80%, and the profit is very impressive.

Author|Zheng Wei, Mei Xi Source|Capital State

**[This article is a comprehensive report of China IPO; if you need to reprint, please send a private. ]**

Risk Warning: All information presented by Capital State is for investment reference only and does not constitute investment advice. Investment is risky and you need to be cautious when entering the market!

## Capital state

Last updated: 03-07 00:02

Introduction: China IPO
**Author's latest article**
- Langzi shares plans to spend 2 billion pocket money to buy wealth management
- Ali 4.6 billion into the Shentong, see the "BATJ" Internet Big Four logistics investment map (full)

- "Hot Search" Boeing 737-8 crash follow-up; Li Xiaojia talks about "foreign capital purchase"
**related articles**

# Media Reporting 2

# SCREENSHOT OF WEBSITE
# (ORIGINAL IN SIMPLIFIED CHINESE)

 | TA说                                              百度首页  登

## Facebook决定起诉四家中国公司

原创 · 发布：2019-03-05 22:35:25    更新：2019-03-05 22:35:25        阅读 20982  赞 117



出售虚假账户、点赞和增粉服务的行为在网络世界"司空见惯"，脸书这次决定不再容忍，对四家中企和3名在中国境内活动的自然人提起了诉讼。

3月1日，美国社交平台公司脸书（Facebook）宣布，其已向美国加利福尼亚北区联邦地区法院提起诉讼，指控四家中国公司和三名在中国境内活动人士（下称被告方）在2017年至2019年期间，通过运营六家网站，针对脸书及其旗下图片及视频分享社交软件Instagram进行了侵权、违法活动，包括非法推销虚假账户、销售点赞和增粉服务。

根据诉讼书，脸书以侵权抢注域名的名义，要求被告赔偿10万美元并停止侵权行为。其要求法院阻止被告方进行以下活动：在Facebook和Instagram上创建和推广虚假账户、销售点赞和"虚假"粉丝；在其网站上侵犯脸书商标；使用脸书品牌的域名。




世界说
最年轻的国际深度...


美国大选让
Facebook、G...
等操碎了心：G...
人，求你们投好...
硅谷密探


被小广告攻占的
Store，不如改...
AD Store 吧
爱范儿


坠机之后，埃塞...
亚的大非洲航空...
何妥善安放
世界说

相关话题

Facebook    网络水军


分享



CO., LTD. a/k/a JIUXIU NETWORK
(SHENZHEN) TECHNOLOGY CO., LTD.;
9 XIU FEISHU SCIENCE AND TECHNOLOGY
COMPANY LTD.;
9 XIUFEI BOOK TECHNOLOGY CO., LTD.;
HOME NETWORK (FUJIAN) TECHNOLOGY
CO., LTD.;
WEI GAO a/k/a GAO WEI;
ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and
ZHAOPING LIU a/k/a LIU ZHAOPING,

　　　　Defendants.

起诉书首页（来源：TechCrunch 3月2日报道）

根据脸书的起诉书，被告的四家中国公司分别为九秀网络（深圳）网络技术有限公司、9 Xiu feishu Science and Technology（九秀飞书）、9 Xiufei Book Technology（九秀飞书），和Home Network（Fujian）Technology Co.（有家网络），这四家公司分别位于广东深圳、福建龙岩，是软件和在线广告服务的提供商。

被告的三人则为九秀网络的大股东、总经理和执行董事高伟和另外两人。公开资料显示，九秀网络注册于2017年4月，注册资本500万人民币，目前为"存续"状态。

当前，被告运营的网站已显示无法访问，但根据其网站历史快照，被告标榜自己为"facebook中国区顶级代理商"、"facebook中国区区域战略合作伙伴"，并称其出售的账号"永不封号"。

被告方出售的非法业务主要包括出售拥有大量粉丝基数的脸书、推特、油管（youtube）账号，刷评论、投票和直播人数等。

此外，脸书指出，其还发现被告方在亚马逊（Amazon）、苹果（Apple）、谷歌、领英（LinkedIn）和推特也有类似违法行为。



九秀飞书网站上可看到其业务（来源：九秀飞书网站历史快照）

作为跨国的互联网巨头，脸书和Instagram主要是依据什么条例和法律起诉被告的呢？

根据脸书的起诉书，其指控被告方销售虚假账户（分为使用虚假姓名或身份、从事虚假活动两种），违反了Facebook的服务条款（TOS）和Instagram的使用条款（TOU）。

而利用脸书的商标注册域名、并进行虚假账号推广，则违反了美国的联邦商标法兰哈姆法（Lanham Act），和反网域霸占消费者保护法（ACPA）。

脸书称，虚假帐户可用于发送垃圾邮件和钓鱼活动、虚假信息活动、营销骗局、广告欺诈，以及其他大规模盈利的欺诈计划。其在起诉书中表示，在2018年1月至9月期间，其与Instagram停用了超过21亿个虚假账户。

据信息技术公司新闻平台TechCrunch 3月2日报道，对于脸书来说，商标侵权并不新鲜。TechCrunch指出，本次被告方应该是进行了相当大规模的侵权行为，以致引起脸书的愤怒。

虚假账号问题已成为许多互联网社交、购物平台的"心病"，而互联网公司用利用法律"打假"事件也早有发生。

早在2015年，线上购物平台亚马逊就开始针对虚假账号在其网站上虚假评论、作假五星好评的行为采取法律行动，起诉了在美国境内运营的"买亚马逊评论"的网站及个人。

在打击假货方面，2019年，亚马逊还发起了"零计划（Project Zero）"，计划授权在其平台上售卖的品牌，直接利用产品序列号等技术（无需平台授权），自主识别和清除假冒商品。

此外，2018年1月，据纽约时报报道，美国公司Devumi在推特和其他社交媒体平台上，出售数亿虚假粉丝。在业务关闭前，Devumi拥有20万客户，包括真人秀明星、职业运动员、喜剧演员、模特等。随后，纽约总检察长施奈德曼（Eric Schneiderman）宣布对其展开调查。



2019年1月，纽约总检察长宣布与Devumi达成和解，后者的行为被认定为非法，Devumi老板还需纽约州上缴5万美元的调查费。

虽有上述判决虚假卖赞、卖粉行为违法的先例，据美国科技媒体The Verge 3月2日报道，此前案件中的被告均为美国境内实体，想要起诉海外公司可能会更艰难。但The Verge引出，无论结果如何，脸书正致力于通过诉讼传达这样一个观念——出售虚假账户将引起法律侵权问题。

世 界 说

谢雯雯

责任编辑 | 张涵宇

运营编辑 | 贾珍珍

版面编辑 | 彭宁楠

文章版权归原作者，谢绝商用

如需转载请私信

117

Case 4:19-cv-01167-JST　Document 26-2　Filed 11/26/19　Page 30 of 141

本文仅代表作者个人观点，不代表百度百科立场。举报

本文经授权发布，未经许可，请勿转载。如有需要，请联系tashuo@baidu.com。

举报不良信息 | 投诉侵权信息 | 申请删除词条 | 意见反馈 | 贴吧讨论

©2019 Baidu 使用百度前必读 | 百科协议 | 隐私政策 | 百度百科合作平台 | 京ICP证030173号

京公网安备11000002000001号



# SCREENSHOT OF TRANSLATION FROM SIMPLIFIED CHINESE INTO ENGLISH

https://baike.baidu.com/tashuo/browse/content?id=7e4db7414b1d644e5dd90c39&fr=vipping

- Baidu homepage

TA said

# Facebook Decided To Sue Four Chinese Companies Original | Published: 2019-03-05 22:35:25 Update: 2019-03-05



The sale of fake accounts, likes and fan-adding services is common in the online world. Facebook decided this time to no longer tolerate this act and have filed lawsuit against four Chinese companies and three natural persons operating in China.

On March 1st, Facebook, the US social platform company, announced that it had filed a lawsuit in the US District Court for the Northern District of California, accusing four Chinese companies and three activists in China (hereinafter referred to as the defendant) in 2017. During the period from 2017 to 2019, through the operation of six websites, infringement and illegal activities were carried out on Facebook and its photo and video sharing social software Instagram, including illegal sales of fake accounts, likes and fan adding services.

According to the lawsuit, Facebook claimed the defendant to compensate 100,000 US dollars and stop the infringement and illegal activities. It asked the court to prevent the defendant from doing the following activities: creating and promoting fake accounts, sales of likes and "false" fans on Facebook and Instagram; infringing Facebook trademarks on its website; using Facebook branded domain names.



Homepage of the indictment (Source: TechCrunch reported on March 2)

Homepage of the indictment (Source: TechCrunch reported on March 2)

According to Facebook's indictment, the defendants' four Chinese companies are Jiuxiu Network (Shenzhen) Network Technology Co., Ltd., 9 Xiu feishu Science and Technology (9 Xiufei Book), and 9 Xiufei Book Technology (Jiu Xiu Fei Book), and Home Network (Fujian) Technology Co. (Home Network), these four companies are located in Shenzhen, Guangdong, Longyan, Fujian, and are the providers of software and online advertising services.

The three defendants were Gao Wei and two other shareholders, general manager and executive director of Jiu Xiu Network. According to public information, Jiuxiu Network was registered on April 2017 with a registered capital of RMB 5 million and is currently in the "survival" status.

Currently, the website operated by the defendant has been shown to be inaccessible, but according to the historical snapshot of the website, the defendant advertised itself as "the top agent of Facebook in China" and "Facebook China regional strategic partner", and said that the account it sold "will never be banned ".

The illegal business sold by the defendant mainly includes the sale of Facebook, Twitter, YouTube account, comments blasting, voting and number of live broadcasts with a large fan base.

In addition, Facebook pointed out that it also found that the defendant has similar violations on Amazon, Apple, Google, LinkedIn and Twitter.



You can see its business on the website of Jiu Xiu Feishu (Source: Historical snapshot of Jiuxiu Feishu website)

As a multinational Internet giant, Facebook and Instagram are mainly based on what regulations and laws to prosecute defendants?

According to Facebook's indictment, it accused the defendant of selling false accounts (using false names or identities, engaging in false activities), in violation of Facebook's Terms of Service (TOS) and Instagram's Terms of Use (TOU).

The use of Facebook's trademark to register domain names and carry out false account promotion violates the US federal trademark Lanham Act and the Anti-Domain Anti-Consumer Protection Act (ACPA).

According to Facebook, fake accounts can be used to send spam and phishing campaigns, fake information campaigns, marketing scams, advertising fraud, and other large-scale profitable fraud schemes. In the indictment, it stated that between January and September 2018, it had disabled more than 2.1 billion fake accounts with Instagram.

According to information technology company news platform TechCrunch reported on M arch 2, for Facebook, trademark infringement is not new. TechCrunch pointed out that t his time the defendant should have carried out a considerable amount of infringement, which caused the anger of Facebook.

The problem of false account has become the "heart disease" of many Internet social a nd shopping platforms, and the use of the law to "counterfeit" by Internet companies has also occurred.

As early as 2015, Amazon, the online shopping platform, began to take legal action agai nst false accounts on its website for false comments and false five-star praises, and sue d the "Buy Amazon Review" websites and individuals operating in the United States.

In the fight against counterfeit goods, in 2019, Amazon also launched the "Project Zero", which plans to authorize brands sold on its platform to directly identify and eliminate cou nterfeits using technologies such as product serial numbers (no brand authorization req uired).

In addition, in January 2018, according to the New York Times, the US company Devum i sold hundreds of millions of fake fans on Twitter and other social media platforms. Befo re the business closed, Devumi had 200,000 customers, including reality TV stars, profe ssional athletes, comedians, models and more. Subsequently, New York Attorney Gene ral Eric Schneiderman announced his investigation.



In January 2019, the Attorney General of New York announced a settlement with Devu mi, whose actions were found to be illegal, and Devumi's boss also required New York State to pay a $50,000 investigation fee.

Despite the precedent of the above-mentioned judgments of false praises and illegal sel ling of fans, according to the US technology news media The Verge reported on March 2nd, the defendants in the previous cases were all entities in the United States, and it m ay be more difficult to sue overseas companies. But The Verge also pointed out that reg ardless of the outcome, Facebook is working to convey the idea through litigation that s elling false accounts will cause legal infringement.

.

The world says

Xie Wenwen

Responsible Editor | Zhang Hanyu

Operation Editor | Jia Zhenzhen

Layout Editor | Peng Ningnan

Article copyright belongs to the original author, declined commercial

If you need to reprint, please private letter

117

- This article only represents the author's personal views and does not represent Baidu Encyclopedia's position. Report

- This article has been authorised for distribution, please do not reprint without permission. Please contact tashuo@baidu.com if necessary.



The world says

The youngest international in-depth news

The US election has made Facebook, Google, etc. break the heart: young people, please vote for it..

Silicon Valley

 The App Store, which was captured by small ads, is better called the AD Store.
Love fan

 After the crash, where is the big African aviation ambition of Ethiopia?
The world says

## Related topics

- Facebook

- Network water army

share it

Report bad information | Complaint infringement information | Request to delete entry | Feedback | Post bar discussion

©2019 Baidu must use Baidu before reading | Encyclopedia protocol | Privacy policy | Baidu encyclopedia cooperation platform | Beijing ICP certificate 030173

Jinggong Net Security 11000002000001

# Media Reporting 3

# SCREENSHOT OF WEBSITE
# (ORIGINAL IN SIMPLIFIED CHINESE)

←  **百度百科·TA说** ⟳

 世界说 最年轻的国际深度新闻

# Facebook决定起诉四家中国公司 🔊

原创 | 2019-03-05 22:35:25



出售虚假账户、点赞和增粉服务的行为在网络世界"司空见惯",脸书这次决定不再容忍,对四家中企和3名在中国境内活动的自然人提起了诉讼。

3月1日,美国社交平台公司脸书(Facebook)宣布,其已向美国加利福尼亚北区联邦地区法院提起诉讼,指控四家中国公司和三名在中国境内活动人士(下称被告方)在2017年至2019年期间,通过运营六家网站,针对脸书及其旗下图片及视频分享社交软件Instagram进行了侵权、违法活动,包括非法推销虚假账户,销售点赞和增粉服务。

根据诉讼书,脸书以侵权抢注域名的名义,要求被告赔偿10万美元并停止侵权行为。其要求法院阻止被告方进行以下活动:在Facebook和Instagram上创建和推

亡虚假账户、销售点赞和"虚假"粉丝；在其网站上侵犯脸书商标；使用脸书品牌的域名。

**百度百科·TA说**



Case 3:19-cv-01167    Document 1    Filed 03/01/19    Page 1 of 22

TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:        213.430.3400
Facsimile:        213.430.3409

Attorneys for Plaintiffs,
Facebook, Inc. and Instagram, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company.

Plaintiffs,

v.

9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.;
9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.;
9 XIUFEI BOOK TECHNOLOGY CO., LTD.;
HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.;
WEI GAO a/k/a GAO WEI;
ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and
ZHAOPING LIU a/k/a LIU ZHAOPING,

Defendants.

Case No. 19-1167

COMPLAINT FOR TRADEMARK AND SERVICE MARK INFRINGEMENT; FALSE DESIGNATION OF ORIGIN; DILUTION; CYBERSQUATTING; AND BREACH OF CONTRACT

DEMAND FOR TRIAL BY JURY

起诉书首页（来源：TechCrunch 3月2日报道）

根据脸书的起诉书，被告的四家中国公司分别为九秀网络（深圳）网络技术有限公司、9 Xiu feishu Science and Technology（九秀飞书）、9 Xiufei Book Technology（九秀飞书），和Home Network (Fujian) Technology Co.（有家网络），这四家公司分别位于广东深圳、福建龙岩，是软件和在线广告服务的提供商。

被告的三人则为九秀网络的大股东、总经理和执行董事高伟和另外两人。公开资料显示，九秀网络注册于2017年4月，注册资本500万人民币，目前为"存续"状态。

当前，被告运营的网站已显示无法访问，但根据其网站历史快照，被告标榜自己为"facebook中国区顶级代理商"、"facebook中国区域战略合作伙伴"，并称其出售的账号"永不封号"。

被告方出售的非法业务主要包括出售拥有大量粉丝基数的脸书、推特、油管（youtube）账号，刷评论、投票和直播人数等。

此外，脸书指出，其还发现被告方在亚马逊（Amazon）、苹果（Apple）、谷歌、领英（LinkedIn）和推特也有类似违法行为。



九秀飞书网站上可看到其业务（来源：九秀飞书网站历史快照）

作为跨国的互联网巨头，脸书和Instagram主要是依据什么条例和法律起诉被告的呢？

根据脸书的起诉书，其指控被告方销售虚假账户（分为使用虚假姓名或身份、从事虚假活动两种），违反了Facebook的服务条款（TOS）和Instagram的使用条款（TOU）。

而利用脸书的商标注册域名、并进行虚假账号推广，则违反了美国的联邦商标法兰哈姆法（Lanham Act），和反网域霸占消费者保护法（ACPA）。

脸书称，虚假帐户可用于发送垃圾邮件和钓鱼活动、虚假信息活动、营销骗局、广告欺诈，以及其他大规模盈利的欺诈计划。其在起诉书中表示，在2018年1月至9月期间，其与Instagram停用了超过21亿个虚假账户。

据信息技术公司新闻平台TechCrunch 3月2日报道，对于脸书来说，商标侵权并不新鲜。TechCrunch指出，本次被告方应该是进行了相当大规模的侵权行为，以致引起脸书的愤怒。

虚假账号问题已成为许多互联网社交、购物平台的"心病"，而互联网公司用利用法律"打假"事件也早有发生。

早在2015年，线上购物平台亚马逊就开始针对虚假账号在其网站上虚假评论、作假五星好评的行为采取法律行动，起诉了在美国境内运营的"买亚马逊评论"的网站及个人。

在打击假货方面，2019年，亚马逊还发起了"零计划（Project Zero）"，计划授权在其平台上售卖的品牌，直接利用产品序列号等技术（无需平台授权），自主识别和清除假冒商品。

此外，2018年1月，据纽约时报报道，美国公司Devumi在推特和其他社交媒体平台上，出售数亿虚假粉丝。在业务关闭前，Devumi拥有20万客户，包括真人秀明星、职业运动员、喜剧演员、模特等。随后，纽约总检察长施奈德曼（Eric Schneiderman）宣布对其展开调查。



2019年1月，纽约总检察长宣布与Devumi达成和解，后者的行为被认定为非法，Devumi老板还需纽约州上缴5万美元的调查费。

虽有上述判决虚假卖赞、卖粉行为违法的先例，据美国科技新闻媒体The Verge 3月2日报道，此前案件中的被告均为美国境内实体，想要起诉海外公司可能会更艰难。但The Verge也指出，无论结果如何，脸书正致力于通过诉讼传达这样一个观念——出售虚假账户将引起法律侵权问题。

世 界 说

谢雯雯

责任编辑 | 张涵宇

运营编辑 | 贾珍珍

版面编辑 | 彭宁楠

文章版权归原作者，谢绝商用

如需转载请私信

←Facebook    网络水军              **百度百科·TA说**                    

⬭ 赞赏

2019-03-05                                              阅读 20978        **117**

本文仅代表作者个人观点，不代表百度百科立场。举报
本文经授权发布，未经许可，请勿转载。



**世界说**
最年轻的国际深度新闻                                          了解更多 ▸

  美国大选让Facebook、Google等操碎了心：年轻人，求你们投票吧..
            硅谷密探  2016-11-07

  被小广告攻占的 App Store，不如改名叫 AD Store 吧
            爱范儿  2017-12-17

  坠机之后，埃塞俄比亚的大非洲航空野心何处安放
            世界说  2019-03-12

# SCREENSHOT OF TRANSLATION FROM SIMPLIFIED CHINESE INTO ENGLISH



https://wapbaike.baidu.com/tashuo/browse/content?id=7e4db7414b1d644e5dd90c39

GLOBUS: The Youngest International In-Depth News

**Facebook Decided To Sue Four Chinese Companies**

Original | 2019-03-05 22:35:25



The sale of fake accounts, likes and fan-adding services is common in the online world. Facebook decided this time to no longer tolerate this act and have filed lawsuit against four Chinese companies and three natural persons operating in China.

On March 1st, Facebook, the US social platform company, announced that it had filed a lawsuit in the US District Court for the Northern District of California, accusing four Chinese companies and three activists in China (hereinafter referred to as the defendant) in 2017. During the period from 2017 to 2019, through the operation of six websites, infringement and illegal activities were carried out on Facebook and its photo and video sharing social software Instagram, including illegal sales of fake accounts, likes and fan adding services.

According to the lawsuit, Facebook claimed the defendant to compensate 100,000 US dollars and stop the infringement and illegal activities. It asked the court to prevent the defendant from doing the following activities: creating and promoting fake accounts, sales of likes and "false" fans on Facebook and Instagram; infringing Facebook trademarks on its website; using Facebook branded domain names.



Homepage of the indictment (Source: TechCrunch reported on March 2)

According to Facebook's indictment, the defendants' four Chinese companies are Jiuxiu Network (Shenzhen) Network Technology Co., Ltd., 9 Xiu feishu Science and Technology (9 Xiufei Book), and 9 Xiufei Book Technology (Jiu Xiu Fei Book), and Home Network (Fujian) Technology Co. (Home Network), these four companies are located in Shenzhen, Guangdong, Longyan, Fujian, and are the providers of software and online advertising services.

The three defendants were Gao Wei and two other shareholders, general manager and executive director of Jiu Xiu Network. According to public information, Jiuxiu Network was registered on April 2017 with a registered capital of RMB 5 million and is currently in the "survival" status.

Currently, the website operated by the defendant has been shown to be inaccessible, but according to the historical snapshot of the website, the defendant advertised itself as

"the top agent of Facebook in China" and "Facebook China regional strategic partner", a nd said that the account it sold "will never be banned ".

The illegal business sold by the defendant mainly includes the sale of Facebook, Twitter , YouTube account, comments blasting, voting and number of live broadcasts with a lar ge fan base.

In addition, Facebook pointed out that it also found that the defendant has similar violati ons on Amazon, Apple, Google, LinkedIn and Twitter.



You can see its business on the website of Jiu Xiu Feishu (Source: Historical snapshot of Jiuxiu Feishu website)

As a multinational Internet giant, Facebook and Instagram are mainly based on what re gulations and laws to prosecute defendants?

According to Facebook's indictment, it accused the defendant of selling false accounts ( using false names or identities, engaging in false activities), in violation of Facebook's T erms of Service (TOS) and Instagram's Terms of Use (TOU).

The use of Facebook's trademark to register domain names and carry out false account promotion violates the US federal trademark Lanham Act and the Anti-Domain Anti-Con sumer Protection Act (ACPA).

According to Facebook, fake accounts can be used to send spam and phishing campaig ns, fake information campaigns, marketing scams, advertising fraud, and other large-sc ale profitable fraud schemes. In the indictment, it stated that between January and Sept ember 2018, it had disabled more than 2.1 billion fake accounts with Instagram.

According to information technology company news platform TechCrunch reported on March 2, for Facebook, trademark infringement is not new. TechCrunch pointed out that this time the defendant should have carried out a considerable amount of infringement, which caused the anger of Facebook.

The problem of false account has become the "heart disease" of many Internet social and shopping platforms, and the use of the law to "counterfeit" by Internet companies has also occurred.

As early as 2015, Amazon, the online shopping platform, began to take legal action against false accounts on its website for false comments and false five-star praises, and sued the "Buy Amazon Review" websites and individuals operating in the United States.

In the fight against counterfeit goods, in 2019, Amazon also launched the "Project Zero", which plans to authorize brands sold on its platform to directly identify and eliminate counterfeits using technologies such as product serial numbers (no brand authorization required).

In addition, in January 2018, according to the New York Times, the US company Devumi sold hundreds of millions of fake fans on Twitter and other social media platforms. Before the business closed, Devumi had 200,000 customers, including reality TV stars, professional athletes, comedians, models and more. Subsequently, New York Attorney General Eric Schneiderman announced his investigation.



In January 2019, the Attorney General of New York announced a settlement with Devumi, whose actions were found to be illegal, and Devumi's boss also required New York State to pay a $50,000 investigation fee.

Despite the precedent of the above-mentioned judgments of false praises and illegal selling of fans, according to the US technology news media The Verge reported on March 2nd, the defendants in the previous cases were all entities in the United States, and it may be more difficult to sue overseas companies. But The Verge also pointed out that regardless of the outcome, Facebook is working to convey the idea through litigation that selling false accounts will cause legal infringement.

GLOBUS

Xie Wenwen

Responsible Editor | Zhang Hanyu

Operation Editor | Jia Zhenzhen

Layout Editor | Peng Ningnan

Article copyright belongs to the original author, declined commercial

If you need to reprint, please send a private note

Facebook   Network Water Army

Appreciate

2019-03-05
Reading 20958   117

This article only represents the author's personal views and does not represent Baidu Encyclopedia's position.   Report

This article has been authorized for distribution, please do not reprint without permission.



**GLOBUS**

The youngest international in-depth news

understand more



The US election has made Facebook, Google, etc. break the heart: young people, please vote for it..

Silicon Valley Secret Agent 2016-11-07



The App Store, which was captured by small ads, is better called the AD Store.
Love Faner 2017-12-17

After the crash, where is the big African aviation ambition of Ethiopia?
The world says 2019-03-12

# Media Reporting 4

# SCREENSHOT OF WEBSITE
# (ORIGINAL IN SIMPLIFIED CHINESE)



⌂　新闻　体育　汽车　房产　旅游　教育　时尚　科技　财经　娱乐　更多　　　　　👤 登录搜

搜狐 > 财经 > 正文

资本邦

2352 文章　　3193万 总阅读

查看TA的文章>

原创　**吴亦凡、蔡徐坤流量谁在刷？Facebook起诉了4家中国数据造假公司**

2019-03-06 23:55　　　　　　　　　　　　互联网 / Facebook / 手机

大家都在搜：2018年225起空难



¥6999　暂无　京东

**热门图集**



 裸体蒙娜丽莎将展出 或为达芬奇本人作品

 比艺人还"红"的经纪人 度回应频繁上热搜

 默多克公司被收购 邓文迪的两女儿或将得到250...

 "雌雄同体"，她超越之美！



**24小时热文**

 A股大跌后连涨两日：05、行情再现，历史真的在轮...　7.4

 各国女丑闻曝光：印度最怜，日本最开放，美国最...　19

 中国等停飞波音，美国最事将发生！贸易赤字将进...



东方IC

日前，美国社交平台公司脸书(Facebook)称，其已向美国加利福尼亚北区联邦地区法院提起诉讼，起诉了四家中国公司和三名在中国境内活动人士(下称"被告方")。

**被告：**

九秀网络(深圳)网络技术有限公司；

9 Xiu feishu Science and Technology(九秀飞书)；

9 Xiufei Book Technology(九秀飞书)；

Home Network (Fujian) Technology Co.(有家网络)；

九秀网络的大股东、总经理和执行董事高伟及另外两个人。

**指控内容：**

被告方在2017年至2019年期间，通过运营六家网站，针对脸书及其旗下图片及视频分享社交软件Instagram进行了侵权、违法活动，包括非法推销虚假账户，销售点赞和增粉服务。

1、以侵权抢注域名的名义，要求被告赔偿10万美元并停止侵权行为；

2、要求法院阻止被告方进行以下活动：在Facebook和Instagram上创建和推广虚假账户、销售点赞和"虚假"粉丝、在其网站上侵犯脸书商标、使用脸书品牌的域名。公开资料显示，九秀网络注册于2017年4月，注册资本500万人民币，目前为"存续"状态。

Case 3:19-cv-01167　　Document 1　　Filed 03/01/19　　Page 1 of 22

TUCKER ELLIS LLP
David J. Steele – SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll – SBN 100981
howard.kroll@tuckerellis.com



新闻　体育　教育　时尚　科技　财经　娱乐　更多

登录搜狐

创业板展开调整 创投股成
口

坤鹏论：用手挑便宜货的逻
维买股票 从头就错了 不...

跑步健身
运动两件套

¥89.00 ¥258



搜狐号推荐

券商中国
致力于提供最及时的财经资讯，最专业
分析，囊括宏观经济、金融机构、A...

和讯网
中国财经网络领袖和中产阶级网络家园
于1996年,是中国最早而且最大的财经...

搜狐财经快讯
搜狐财经出品，第一时间发布有价值的
息。

朱邦凌
财经专栏作家，腾讯研究院特约研究员

第一白银网
第一白银网为白银投资者提供及时全面
资讯和知识。

起诉书首页(图片来源：TechCrunch 3月2日报道)

虚假账户、销售点赞和"虚假"粉丝等数据造假的现象，我们似乎早已见怪不怪。

**2018年11月3日，吴亦凡去美国发新专辑《Antares》，疑似粉丝刷榜事件。**



人家歪果仁根本没听过吴亦凡。

还有被央视点名批评的蔡徐坤——



团购更优惠

联系我们



（图片来源：央视新闻截图）

随后，微博上竟出现蔡徐坤公益洗白现象——



（图片来源:微博截图）

该公益活动实际是CCTV6电影频道主办，成龙等百位电影人发起的公益活动。但是话题点进去全部都是蔡徐坤。

真的展示了：始于造假归于造假!

无论是视频网站刷点击量，还是社交媒体买粉丝、电商网站刷销量、直播和短视频平台刷赞数——对于这些互联网平台和平台玩家而言，数据就是金钱。

而"人造数据"往往可以转化为更多的"真金白银"。

对于初创互联网公司来说，投资人对公司业绩的重要判断依据就是平台的各类关键指标，如用户量、转化率、日活用户等。这些指标的高低直接影响到：一家公司能否获得投资人的认可和融资。

当一切的根源落到利益二字，想要禁止就不是那么容易了。

不单单是初创公司和脸书状告的那4家公司。2018年10月22日，公众号"小声比比"在《我承认，我们是有组织攻击马蜂窝的》一文中已经揭露了国内旅游行业知名企业"马蜂窝"数据造假现象。

文章显示，马蜂窝有至少7454个抄袭账号，虽然这些账号在用户中占比并不多，但是它贡献了85%的点评!

⌂　新闻　更有同一用户12次中奖的现象发生　旅游　教育　时尚　科技　财经　娱乐　更多　　👤 登录搜



(图片来源:"小声比比"公众号)

就是这样的"马蜂窝"，此前已经拿到了十多亿美元的融资。

尽管平台和法律严厉打击刷单增粉的行为，但是数据造假的问题依然屡禁不止。

存在自有原因。数据造假的背后是一条由流量变现驱动起来的互联网灰色产业链，造假方、平台自身和平台上的入驻商家都是这条产业链上的一环。

这条产业链上甚至已经诞生了专门的刷量公司，它们研发了专用的群控系统，可以通过一台电脑控制成千上万部手机下载、阅读文章、观看视频等刷量操作。

据一份针对小红书刷量商家的调查显示，其刷量业务的销售毛利率可以达到70-80%，利润可谓非常可观。

**本文出品：** 资本邦。作者：郑钰、梅茜。

**转载声明：** 本文为资本邦原创文章，转载请注明出处及作者，否则为侵权。

# SCREENSHOT OF TRANSLATION FROM SIMPLIFIED CHINESE INTO ENGLISH

- # Wu Yifan, Cai Xukun Who Is Faking The Page View Counts? Facebook Sued Four Chinese Data Fraud Companies

2019-03-06 23:55 Internet Facebook Mobile



A few days ago, Facebook , the US social platform company, said it had filed a lawsuit in the US Federal District Court for the Northern District of California , indicting four Chinese companies and three activists in China (hereinafter referred to as "the defendant").

- **defendant:**

Jiuxiu Network (Shenzhen) Network Technology Co., Ltd.;

9 Xiu feishu Science and Technology (九秀飞书);

9 Xiufei Book Technology (九秀飞书);

Home Network (Fujian) Technology Co. (Home Network);

Gao Wei, the major shareholder, general manager and executive director of Jiuxiu Network, and two others.

**Allegations:**

During the period from 2017 to 2019, the defendant conducted infringement and illegal activities against Facebook and its photo and video sharing social software Instagram through the

operation of six websites, including illegal sales of fake accounts, product likes and fans adding services.

1. In the name of the infringement cybersquatting domain name, the defendant is required to compensate 100,000 US dollars and stop the infringement;

2. Require the court to prevent the defendant from doing the following activities: creating and promoting fake accounts, selling praises and "false" fans on Facebook and Instagram, infringing Facebook trademarks on their websites, and using Facebook brand names.

According to public information, Jiuxiu Network was registered in April 2017 with a registered capital of RMB 5 million and is currently in the "survival" status.



The home page of the indictment (Source: TechCrunch reported on March 2)

False accounts, product likes, and "false" fans and other data fraud phenomenon, we are not surprised by this type of news.

On November 3, 2018, Wu Yifan went to the United States to release a new album " Antares ", which was suspected of fans faking.



People have never heard of Wu Yifan .

**There is also Cai Xukun who was criticized by CCTV .**





The charity event was actually a charity event sponsored by CCTV6 film channel and sponsored by hundreds of filmmakers such as Jackie Chan. But the topic points are all about Cai Xukun .

This truly shows: starting from fraud and returning to fraud!

Whether it's a video site's clicks, social media fans purchasing, e-commerce sites, sales, live broadcasts, and short video platforms, the data is money for these Internet platforms and platform players.

As "artificial data" can often be converted into more "real money."

For start-up Internet companies, the important judgment of investors on the company's performance is based on various key indicators of the platform, such as user volume, conversion rate, and daily users. The level of these indicators directly affects whether a company can obtain investor recognition and financing .

When the root of everything falls into the word of interest, it is not so easy to want to ban.

Not only the four companies that Facebook sued, on October 22, 2018, the public number "Xiao Sheng Bi Bi" in the article "I admit that we are organized to attack the hornet's nest " has revealed the phenomenon of "hornet's nest" data fraud in the domestic tourism industry.

The article shows that beehive has at least 7454 plagiarized accounts, although these accounts do not account for a large proportion of users, but it contributed 85% of the comments!

**There is also phenomenon of 1 user win prize 12 times -**

【有壕奖】SWM斯威汽车G01首席异想官 全球招募 **同一智能抄袭账号在多达12次有奖活动中均有斩获，得利颇丰 ——**

82469阅读·205评论·25顶

 小蜂 Lv44

3月14日

本次活动的中奖名单新鲜出炉！
**案例 1：**

🏆一等奖：奢华异想之旅旅行基金
火爆辣椒 <mark>90313588</mark>
不会飞的羽毛10　52178153
succubus　　　59133048

🏆特别奖：国际米兰俱乐部球星签名球衣
**UID 90313588 的账号曾用名"野牛狂奔"，现为"火爆辣椒"**
【获奖名单已公布】挖股子，集船票，厦门金门自由行大奖等你拿！

28697阅读·186评论·65顶

 小蜂 Lv44　**本次活动大奖得主竟碰巧是经典抄袭账号**

2016年5月8日

**案例 2：**
本期活动结束啦~ 感谢蜂蜂的热情参与，也恭喜以下幸运的获奖蜂蜂！请以下获奖蜂蜂在收到系统通知后，及时回复收件信息，奖品将在相关信息收集、整理完毕后发出，还请耐心等待哦！~
公布中奖名单后的5个工作日内，请收到获奖私信的蜂蜂们，尽快回复收货信息：) **至少抄袭189名用户，贡献3057条点评**

🏆昇恒昌赞助提供的自由行
<mark>19901452 孤独的薰衣草</mark>

🏆蚂蜂窝定制公仔　**智能抄袭账号紧随经典抄袭账号之后**
<mark>90313588 野牛狂奔</mark>

2016奥运会·奖牌争夺战【活动规则】**此UID为90313588的幸运账号还在以下活动中获奖：**　**案例 4**

68466阅读·519评论·77顶

有奖活动 | 新州有你更完美！赢悉尼往返机票+双人自由行
**案例 5**

17603阅读·56评论·25顶

【获奖名单已公布】黄金海岸和凯恩斯——定制你的奇趣之旅
**案例 6**

25021阅读·103评论·36顶

【获奖名单已公布】＃谁是你的一拍即合＃等你来答！有机会赢取日本自由行大奖及蚂蜂窝周边好礼！
**案例 7**

123326阅读·218评论·17顶

【获奖名单已公布】先蜂来了第贰期——FUN享春日 艺犹未尽游香港
**案例 8**

20789阅读·154评论·65顶

获奖名单公布-【泰爱你520】蚂蜂窝航班即将起飞啦！
**案例 9**

15373阅读·28评论·154顶

【获奖名单公布】有大奖|驱 寻味，在路上追寻绝赞美味
**案例 10**

16182阅读·59评论·18顶

【吉祥物第二批奖品发布】又500个投票奖来咯！
**案例 11**

6339阅读·9评论·44顶

【获奖名单已公布】#嗨BUY新罗#跨年季 | 新罗购物达人悬赏招募！
**案例 12**

17681阅读·139评论·17顶

(Source: "Xiao Sheng Bi Bi" public account)

It is "hornet's nest " like this, which has already received more than one billion dollars in financing .

Although there are platforms and laws severely cracked down on the fans adding phenomenon, the problem of data fraud has still been unstoppable.

There are reasons for this phenomenon. Behind the data fraud is a gray area industrial chain driven by traffic realization. The fraud parties, the platform itself and the settled merchants on the platform are all part of this industry chain.

In this industry chain, special view count fraud companies have been born. They have developed a dedicated group control system that can control thousands of mobile phones to download, read articles, watch videos and other fraud operations through just one computer .

According to a survey of small red book merchants, the gross profit margin of its view count fraud business can reach 70-80%, and the profit is very impressive.

Author|Zheng Wei, Mei Xi Source|Capital State

**[This article is a comprehensive report of China IPO; if you need to reprint, please send a private. 】**

Risk Warning: All information presented by Capital State is for investment reference only and does not constitute investment advice. Investment is risky and you need to be cautious when entering the market!

Go back to Sohu and see more

Disclaimer: This article only represents the author himself, Sohu is the information publishing platform, and Sohu only provides information storage space services.
read( 6.3万 )

不感兴趣 Complaint

我来说两句

**3**人参与，**3**条评论



登录并发表

搜狐"我来说两句"用户公约

最新评论

# Media Reporting 5

# SCREENSHOT OF WEBSITE
# (ORIGINAL IN SIMPLIFIED CHINESE)

# Facebook决定起诉四家中国公司

世界说   2019-03-05   21:32:00

世 界 说

谢雯雯

出售虚假账户、点赞和增粉服务的行为在网络世界＂司空见惯＂，脸书这次决定不再容忍，对四家中企和 3 名在中国境内活动的自然人提起了诉讼。

3 月 1 日，美国社交平台公司脸书（Facebook）宣布，其已向美国加利福尼亚北区联邦地区法院提起诉讼，指控四家中国公司和三名在中国境内活动人士（下称被告方）在 2017 年至 2019 年期间，通过运营六家网站，针对脸书及其旗下图片及视频分享社交软件 Instagram 进行了侵权、违法活动，包括非法推销虚假账户，销售点赞和增粉服务。

根据诉讼书，脸书以侵权抢注域名的名义，要求被告赔偿 10 万美元并停止侵权行为。其要求法院阻止被告方进行以下活动：在 Facebook 和 Instagram 上创建和推广虚假账户、销售点赞和＂虚假＂粉丝；在其网站上侵犯脸书商标；使用脸书品牌的域名。



展开全文

返回首页查看更多>>

猜你喜欢

为您推荐

加拿大惊现"阴阳天"

  

环球网

英国"脱欧"协议又被否决了，下一步咋办？



# SCREENSHOT OF TRANSLATION FROM SIMPLIFIED CHINESE INTO ENGLISH

http://www.ttdailynews.com/detail.htm?id=1729467&cid=571000&channel=

## Facebook Decided To Sue Four Chinese Companies

The world says
2019-03-05
21:32:00

The world says

Xie Wenwen

The sale of fake accounts, likes and fan-adding services is common in the online world. Facebook decided this time to no longer tolerate this act and have filed lawsuit against four Chinese companies and three natural persons operating in China.

On March 1st, Facebook, the US social platform company, announced that it had filed a lawsuit in the US District Court for the Northern District of California, accusing four Chinese companies and three activists in China (hereinafter referred to as the defendant) in 2017. During the period from 2017 to 2019, through the operation of six websites, infringement and illegal activities were carried out on Facebook and its photo and video sharing social software Instagram, including illegal sales of fake accounts, likes and fan adding services.

According to the lawsuit, Facebook claimed the defendant to compensate 100,000 US dollars and stop the infringement and illegal activities. It asked the court to prevent the defendant from doing the following activities: creating and promoting fake accounts, sales of likes and "false" fans on Facebook and Instagram; infringing Facebook trademarks on its website; using Facebook branded domain names.



Homepage of the indictment (Source: **TechCrunch** reported on March 2)

Homepage of the indictment (Source: TechCrunch reported on March 2)

According to Facebook's indictment, the defendants' four Chinese companies are Jiuxiu Network (Shenzhen) Network Technology Co., Ltd., 9 Xiu feishu Science and Technology (9 Xiufei Book), and 9 Xiufei Book Technology (Jiu Xiu Fei Book), and Home Network (Fujian) Technology Co. (Home Network), these four companies are

located in Shenzhen, Guangdong, Longyan, Fujian, and are the providers of software and online advertising services.

The three defendants were Gao Wei and two other shareholders, general manager and executive director of Jiu Xiu Network. According to public information, Jiuxiu Network was registered on April 2017 with a registered capital of RMB 5 million and is currently in the "survival" status.

Currently, the website operated by the defendant has been shown to be inaccessible, but according to the historical snapshot of the website, the defendant advertised itself as "the top agent of Facebook in China" and "Facebook China regional strategic partner", and said that the account it sold "will never be banned ".

The illegal business sold by the defendant mainly includes the sale of Facebook, Twitter, YouTube account, comments blasting, voting and number of live broadcasts with a large fan base.

In addition, Facebook pointed out that it also found that the defendant has similar violations on Amazon, Apple, Google, LinkedIn and Twitter.



You can see its business on the website of Jiu Xiu Feishu (Source: Historical snapshot of Jiuxiu Feishu website)

As a multinational Internet giant, Facebook and Instagram are mainly based on what regulations and laws to prosecute defendants?

According to Facebook's indictment, it accused the defendant of selling false accounts (using false names or identities, engaging in false activities), in violation of Facebook's Terms of Service (TOS) and Instagram's Terms of Use (TOU).

The use of Facebook's trademark to register domain names and carry out false account promotion violates the US federal trademark Lanham Act and the Anti-Domain Anti-Consumer Protection Act (ACPA).

According to Facebook, fake accounts can be used to send spam and phishing campaigns, fake information campaigns, marketing scams, advertising fraud, and other large-scale profitable fraud schemes. In

the indictment, it stated that between January and September 2018, it had disabled more than 2.1 billion fake accounts with Instagram.

According to information technology company news platform TechCrunch reported on March 2, for Facebook, trademark infringement is not new. TechCrunch pointed out that this time the defendant should have carried out a considerable amount of infringement, which caused the anger of Facebook.

The problem of false account has become the "heart disease" of many Internet social and shopping platforms, and the use of the law to "counterfeit" by Internet companies has also occurred.

As early as 2015, Amazon, the online shopping platform, began to take legal action against false accounts on its website for false comments and false five-star praises, and sued the "Buy Amazon Review" websites and individuals operating in the United States.

In the fight against counterfeit goods, in 2019, Amazon also launched the "Project Zero", which plans to authorize brands sold on its platform to directly identify and eliminate counterfeits using technologies such as product serial numbers (no brand authorization required).

In addition, in January 2018, according to the New York Times, the US company Devumi sold hundreds of millions of fake fans on Twitter and other social media platforms. Before the business closed, Devumi had 200,000 customers, including reality TV stars, professional athletes, comedians, models and more. Subsequently, New York Attorney General Eric Schneiderman announced his investigation.



In January 2019, the Attorney General of New York announced a settlement with Devumi, whose actions were found to be illegal, and Devumi's boss also required New York State to pay a $50,000 investigation fee.

Despite the precedent of the above-mentioned judgments of false praises and illegal selling of fans, according to the US technology news media The Verge reported on March 2nd, the defendants in the previous cases were all entities in the United States, and it may be more difficult to sue overseas companies. But The Verge also pointed out that regardless of the outcome, Facebook is working to convey the idea through litigation that selling false accounts will cause legal infringement.



△ Jiu Xiu Fei Book uses the name of the face name to register the domain name (Source: Jiuxiu Feishu website history snapshot)

END

Responsible Editor | Zhang Hanyu

Operation Editor | Jia Zhenzhen

Layout Editor | Peng Ningnan

Expand text

Back to home pageView more>>

you may also like

Recommend for you

**Canada is surprised by "Yin and Yang Day"**



World Wide Web

**Canada will not stop flying Boeing 737-8 models**

Sohu

Media Reporting 6

# SCREENSHOT OF WEBSITE
# (ORIGINAL IN SIMPLIFIED CHINESE)



1. 首页 段子 汽车 娱乐 军事 体育 游戏 一点号 动漫 比赛 NBA ⌄ 🔍 一点号 登录

# Facebook决定起诉四家中国公司

原创 世界说 2019.3.5 一点号      我要分享 ⌄



出售虚假账户、点赞和增粉服务的行为在网络世界"司空见惯"，脸书这次决定不再容忍，对四家中企和3名在中国境内活动的自然人提起了诉讼。

3月1日，美国社交平台公司脸书（Facebook）宣布，其已向美国加利福尼亚北区联邦地区法院提起诉讼，指控四家中国公司和三名在中国境内活动人士（下称被告方）在2017年至2019年期间，通过运营六家网站，针对脸书及其旗下图片及视频分享社交软件Instagram进行了侵权、违法活动，包括非法推销虚假账户、销售点赞和增粉服务。

根据诉讼书，脸书以侵权抢占域名的名义，要求被告赔偿10万美元并停止侵权行为。其要求法院阻止被告方进行以下活动：在Facebook和Instagram上创建和推广虚假账户、销售点赞和"虚假"粉丝；在其网站上侵犯脸书商标；使用脸书品牌的域名。



### 世界说

世界说是财新的国际新闻项目，
关注全球资讯，讲述全球故事，
和你一起积极生活在别处。

＋ 关注

**| 相关新闻**

扎克伯格终于拜师张小龙，4年前哈佛校友曾建议Facebook学习微信
3天前

脸书疯传传坠航坠毁最后时刻假视频，消费死者博关注被网友识破
昨天

曾投资马云，差点收购谷歌和脸书，从市值千亿沦落到46亿卖身
3天前

亚马逊开店相比国内电商平台优势在哪里？新手如何做到月入5W
3天前

起诉书首页（来源：TechCrunch 3月2日报道）

根据脸书的起诉书，被告的四家中国公司分别为九秀网络（深圳）网络技术有限公司、9 Xiu feishu Science and Technology（九秀飞书）、9 Xiufei Book Technology（九秀飞书），和Home Network (Fujian) Technology Co.（有家网络），这四家公司分别位于广东深圳、福建龙岩，是软件和在线广告服务的提供商。

被告的三人则为九秀网络的大股东、总经理和执行董事高伟和另外两人。公开资料显示，九秀网络注册于2017年4月，注册资本500万人民币，目前为"存续"状态。

当前，被告运营的网站已显示无法访问，但根据其网站历史快照，被告标榜自己为"facebook中国区顶级代理商"、"facebook中国区域战略合作伙伴"，并称其出售的账号"永不封号"。

被告方出售的非法业务主要包括出售拥有大量粉丝基数的脸书、推特、油管（youtube）账号，刷评论、投票和直播人数等。

此外，脸书指出，其还发现被告方在亚马逊（Amazon）、苹果（Apple）、谷歌、领英（LinkedIn）和推特有类似违法行为。



九秀飞书网站上可看到其业务（来源：九秀飞书网站历史快照）

作为跨国的互联网巨头，脸书和Instagram主要是依据什么条例和法律起诉被告的呢？

根据脸书的起诉书，其指控被告销售虚假账户（分为使用虚假姓名或身份、从事虚假活动两种），违反了Facebook的服务条款（TOS）和Instagram的使用条款（TOU）。

而利用脸书的商标注册域名、并进行虚假账号推广，则违反了美国的联邦商标法兰哈姆法（Lanham Act）和反网络霸占消费者保护法（ACPA）。

脸书称，虚假帐户可用于发送垃圾邮件和钓鱼活动、虚假信息活动、营销骗局、广告欺诈，以及其他大规模盈利的欺诈计划。其在起诉书中表示，在2018年1月至9月期间，其与Instagram停用了超过21亿个虚假账户。

据信息技术公司新闻平台TechCrunch 3月2日报道，对于脸书来说，商标侵权并不新鲜。TechCrunch指出，本次被告方应该是进行了相当大规模的侵权行为，以致引起脸书的愤怒。

虚假账号问题已成为许多互联网社交、购物平台的"心病"，而互联网公司用利用法律"打假"事件也早有发生。

**1.** 早在2015年，线上购物平台亚马逊就开始对虚假账号在其网站上虚假评论、作假五星好评的行为采取法律行动，起诉了在美国境内运营的"买亚马逊评论"的网站及个人。

首页    段子    汽车    娱乐    军事    体育    游戏    一点号    动漫    比赛    NBA    ∨    🔍    一点号    登录

在打击假货方面，2019年，亚马逊还发起了"零计划（Project Zero）"，计划授权在其平台上售卖的品牌，直接利用产品序列号等技术（无需平台授权），自主识别和清除假冒商品。

此外，2018年1月，据纽约时报报道，美国公司Devumi在推特和其他社交媒体平台上，出售数亿虚假粉丝。在业务关闭前，Devumi拥有20万客户，包括真人秀明星、职业运动员、喜剧演员、模特等。随后，纽约总检察长施奈德曼（Eric Schneiderman）宣布对其展开调查。



2019年1月，纽约总检察长宣布与Devumi达成和解，后者的行为被认定为非法，Devumi老板还需纽约州上缴5万美元的调查费。

虽有上述判决虚假卖赞、卖粉行为违法的先例，据美国科技新闻媒体The Verge 3月2日报道，此前案件中的被告均为美国境内实体，想要起诉海外公司可能会更艰难。但The Verge也指出，无论结果如何，脸书正致力于通过诉讼传达这样一个观念——出售虚假账户将引起法律侵权问题。

世 界 说

谢雯雯

责任编辑 | 张涵宇

运营编辑 | 贾珍珍

版面编辑 | 彭宁楠

文章版权归原作者，谢绝商用

如需转载请私信

微博 @世界说globusnews

了解全球局势，世界趣闻，微信关注一个就够了：世界 说（ID: globusnews）

本文为一点号作者原创，未经授权不得转载

收藏 | 举报 | 投诉

# SCREENSHOT OF TRANSLATION FROM SIMPLIFIED CHINESE INTO ENGLISH

http://www.yidianzixun.com/article/0LQZV9sA?s=&appid=oppobrowser

One-click login

Home paragraph car entertainment military
sports game no. Anime game NBA financial technology digital beauty health fashi
on funny radio travel

# Facebook Decided To Sue Four Chinese Companies

The original  world says  2019.3.5
I want to share



　　The sale of fake accounts, likes and fan-adding services is common in the online world. Facebook decided this time to no longer tolerate this act and have filed lawsuit against four Chinese companies and three natural persons operating in China.

　　On March 1st, Facebook, the US social platform company, announced that it had filed a lawsuit in the US District Court for the Northern District of California, accusing four Chinese companies and three activists in China (hereinafter referred to as the defendant) in 2017. During the period from 2017 to 2019, through the

operation of six websites, infringement and illegal activities were carried out on Facebook and its photo and video sharing social software Instagram, including illegal sales of fake accounts, likes and fan adding services.

According to the lawsuit, Facebook claimed the defendant to compensate 100,000 US dollars and stop the infringement and illegal activities. It asked the court to prevent the defendant from doing the following activities: creating and promoting fake accounts, sales of likes and "false" fans on Facebook and Instagram; infringing Facebook trademarks on its website; using Facebook branded domain names.



Homepage of the indictment (Source: TechCrunch reported on March 2)

Homepage of the indictment (Source: TechCrunch reported on March 2)

According to Facebook's indictment, the defendants' four Chinese companies are Jiuxiu Network (Shenzhen) Network Technology Co., Ltd., 9 Xiu feishu Science and Technology (9 Xiufei Book), and 9 Xiufei Book Technology (Jiu Xiu Fei Book), and Home Network (Fujian) Technology Co. (Home Network), these four companies are located in Shenzhen, Guangdong, Longyan, Fujian, and are the providers of software and online advertising services.

The three defendants were Gao Wei and two other shareholders, general manager and executive director of Jiu Xiu Network. According to public information, Jiuxiu Network was registered on April 2017 with a registered capital of RMB 5 million and is currently in the "survival" status.

Currently, the website operated by the defendant has been shown to be inaccessible, but according to the historical snapshot of the website, the defendant advertised itself as "the top agent of Facebook in China" and "Facebook China regional strategic partner", and said that the account it sold "will never be banned ".

The illegal business sold by the defendant mainly includes the sale of Facebook, Twitter, YouTube account, comments blasting, voting and number of live broadcasts with a large fan base.

In addition, Facebook pointed out that it also found that the defendant has similar violations on Amazon, Apple, Google, LinkedIn and Twitter.



You can see its business on the website of Jiu Xiu Feishu (Source: Historical snapshot of Jiuxiu Feishu website)

As a multinational Internet giant, Facebook and Instagram are mainly based on what regulations and laws to prosecute defendants?

According to Facebook's indictment, it accused the defendant of selling false accounts (using false names or identities, engaging in false activities), in violation of Facebook's Terms of Service (TOS) and Instagram's Terms of Use (TOU).

The use of Facebook's trademark to register domain names and carry out false account promotion violates the US federal trademark Lanham Act and the Anti-Domain Anti-Consumer Protection Act (ACPA).

According to Facebook, fake accounts can be used to send spam and phishing campaigns, fake information campaigns, marketing scams, advertising fraud, and other large-scale profitable fraud schemes. In the indictment, it stated that between January and September 2018, it had disabled more than 2.1 billion fake accounts with Instagram.

According to information technology company news platform TechCrunch reported on March 2, for Facebook, trademark infringement is not new. TechCrunch pointed out that this time the defendant should have carried out a considerable amount of infringement, which caused the anger of Facebook.

The problem of false account has become the "heart disease" of many Internet social and shopping platforms, and the use of the law to "counterfeit" by Internet companies has also occurred.

As early as 2015, Amazon, the online shopping platform, began to take legal action against false accounts on its website for false comments and false five-star praises, and sued the "Buy Amazon Review" websites and individuals operating in the United States.

In the fight against counterfeit goods, in 2019, Amazon also launched the "Project Zero", which plans to authorize brands sold on its platform to directly

identify and eliminate counterfeits using technologies such as product serial numbers (no brand authorization required).

In addition, in January 2018, according to the New York Times, the US company Devumi sold hundreds of millions of fake fans on Twitter and other social media platforms. Before the business closed, Devumi had 200,000 customers, including reality TV stars, professional athletes, comedians, models and more. Subsequently, New York Attorney General Eric Schneiderman announced his investigation.



In January 2019, the Attorney General of New York announced a settlement with Devumi, whose actions were found to be illegal, and Devumi's boss also required New York State to pay a $50,000 investigation fee.

Despite the precedent of the above-mentioned judgments of false praises and illegal selling of fans, according to the US technology news media The Verge reported on March 2nd, the defendants in the previous cases were all entities in the United States, and it may be more difficult to sue overseas companies. But The Verge also pointed out that regardless of the outcome, Facebook is working to

convey the idea through litigation that selling false accounts will cause legal infringement.

The world says

Xie Wenwen

Responsible Editor | Zhang Hanyu

Operation Editor | Jia Zhenzhen

Layout Editor | Peng Ningnan

Article copyright belongs to the original author, declined commercial

If you need to reprint, please private letter

Weibo @世界说 globusnews

Understand the global situation, the world anecdote, WeChat pays attention to one is enough: the world says (ID: globusnews)

This article is original for the author of the number one, and may not be reproduced without authorization.

Collection   Report   Complaint



latest comment

Loading failed, please click retry



**The world says**

The world is a new international news project, focusing on global information, telling global stories, and living actively with you elsewhere.



Jinggong Net Security 11010502033561 Internet Drug Information Service Qualification Certificate Jingwangwen [2015]0377-157 Beijing ICP Certificate No. 140123 Report Email: tousu@yidian-inc.com Company Name: Beijing Little Network Technology Co., Ltd.

# Media Reporting 7

# SCREENSHOT OF WEBSITE
# (ORIGINAL IN SIMPLIFIED CHINESE)

【一点资讯】吴亦凡、蔡徐坤流量谁在刷？Facebook起诉了4家中国数据造假公司　　Page 1 of 8

Case 4:19-cv-01167-JST　Document 26-2　Filed 11/26/19　Page 96 of 141

# 吴亦凡、蔡徐坤流量谁在刷？Facebook起诉了4家中国数据造假公司

2019.3.6　资本邦

日前，美国社交平台公司脸书(Facebook)称，其已向美国加利福尼亚区联邦地区法院提起诉讼，起诉了四家中国公司和三名在中国境内活动人士(下称"被告方")。

・**被告:**

九秀网络(深圳)网络技术有限公司;

9 Xiu feishu Science and Technology(九秀飞书);

9 Xiufei Book Technology(九秀飞书);

Home Network (Fujian) Technology Co.(有家网络);

九秀网络的大股东、总经理和执行董事高伟及另外两个人。

**指控内容:**

被告方在2017年至2019年期间，通过运营六家网站，针对脸书及其旗下图片及视频分享社交软件Instagram进行了侵权、违法活动，包括非法推销虚假账户，销售点赞和增粉服务。

1、以侵权抢注域名的名义，要求被告赔偿10万美元并停止侵权行为;

2、要求法院阻止被告方进行以下活动：在Facebook和Instagram上创建和推广虚假账户、销售点赞和"虚假"粉丝、在其网站上侵犯脸书商标、使用脸书品牌的域名。

公开资料显示，九秀网络注册于2017年4月，注册资本500万人民币，目前为"存续"状态。

Case 3:19-cv-01167　Document 1　Filed 03/01/19　Page 1 of 22

立即打开

TUCKER ELLIS LLP

【一点资讯】吴亦凡、蔡徐坤流量谁在刷？Facebook起诉了4家中国数据造假公司　　Page 2 of 8

Case 4:19-cv-01167-JST　Document 26-2　Filed 11/26/19　Page 97 of 141



起诉书首页(图片来源：TechCrunch 3月2日报道)

虚假账户、销售点赞和"虚假"粉丝等数据造假的现象，我们似乎早已见怪不怪。

2018年11月3日，吴亦凡去美国发新专辑《Antares》，疑似粉丝刷榜事件。





人家歪果仁根本没听过吴亦凡。

**还有被央视点名批评的蔡徐坤——**

立即打开

Case 4:19-cv-01167-JST   Document 26-2   Filed 11/26/19   Page 99 of 141



该公益活动实际是CCTV6电影频道主办，成龙等百位电影人发起的公益活动。但是话题点进去全部都是蔡徐坤。

立即打开

真的展示了：始于造假归于造假！

无论是视频网站刷点击量，还是社交媒体买粉丝、电商网站刷销量、直播和短视频平台刷赞数——对于这些互联网平台和平台玩家而言，数据就是金钱。

而"人造数据"往往可以转化为更多的"真金白银"。

对于初创互联网公司来说，投资人对公司业绩的重要判断依据就是平台的各类关键指标，如用户量、转化率、日活用户等。这些指标的高低直接影响到：一家公司能否获得投资人的认可和融资。

当一切的根源落到利益二字，想要禁止就不是那么容易了。

不单单是初创公司和脸书状告的那4家公司。2018年10月22日，公众号"小声比比"在《我承认，我们是有组织攻击马蜂窝的》一文中已经揭露了国内旅游行业知名企业"马蜂窝"数据造假现象。

文章显示，马蜂窝有至少7454个抄袭账号，虽然这些账号在用户中占比并不多，但是它贡献了85%的点评！

**更有同一用户12次中奖的现象发生——**

立即打开

（图片来源:"小声比比"公众号）

就是这样的"马蜂窝"，此前已经拿到了十多亿美元的融资。

尽管平台和法律严厉打击刷单增粉的行为，但是数据造假的问题依然屡禁不止。

存在自有原因。数据造假的背后是一条由流量变现驱动起来的互联网灰色产业链，造假方、平台自身和平台上的入驻商家都是这条产业链上的一环。

这条产业链上甚至已经诞生了专门的刷量公司，它们研发了专用的群控系统，可以通过一台电脑控制成千上万部手机下载、阅读文章、观看视频等刷量操作。

据一份针对小红书刷量商家的调查显示，其刷量业务的销售毛利率可以达到70-80%，利润可谓非常可观。

作者 | 郑钰、梅茜 来源 | 资本邦

**【本文为资本邦（ChinaIPO）综合报道；如需转载，请后台留言。】**

风险提示：资本邦呈现的所有信息仅作为投资参考，不构成投资建议。投资有风险，入市需谨慎！

相关新闻

百看不厌的投资箴言：成功的投资都是反人性的，看完胜读10年书！

李笑来投资工业大麻，这位比特币前首富又来割韭菜了

这家公司主管携款而逃投资人毁约，一半员工离职，如今被巨头收购

立即打开

Case 4:19-cv-01167-JST　Document 26-2　Filed 11/26/19　Page 102 of 141

它年营收达170亿，获马云46亿投资，顺丰能否保住龙头地位？

美国总统竞选人：除了亚马逊、谷歌和脸书 苹果也该被拆分

外资买入最多的20家公司 | 3月11日投资笔记

外媒：中德经济关系耐人寻味，中资在德国投资远远不如美国

科创板火了！上万个投资者踊跃开户，这些蹭热点骗局要警惕！

这家差点垮了的公司，通过转型，被65亿美金收购了！

立即打开

# SCREENSHOT OF TRANSLATION FROM SIMPLIFIED CHINESE INTO ENGLISH

http://www.yidianzixun.com/article/0LR3ZHjH/amp
Body{-webkit-animation:none;-moz-animation:none;-ms-animation:none;animation:none}
Open now

# Wu Yifan, Cai Xukun Who Is Faking The Page View Counts? Facebook Sued Four Chinese Data Fraud Companies

2019.3.6 Capital State

A few days ago, Facebook , the US social platform company, said it had filed a lawsuit in the US Federal District Court for the Northern District of California , indicting four Chinese companies and three activists in China (hereinafter referred to as "the defendant").

- **defendant:**

Jiuxiu Network (Shenzhen) Network Technology Co., Ltd.;

9 Xiu feishu Science and Technology (九秀飞书);

9 Xiufei Book Technology (九秀飞书);

Home Network (Fujian) Technology Co. (Home Network);

Gao Wei, the major shareholder, general manager and executive director of Jiuxiu Network, and two others.

**Allegations:**

During the period from 2017 to 2019, the defendant conducted infringement and illegal activities against Facebook and its photo and video sharing social software Instagram through the operation of six websites, including illegal sales of fake accounts, product likes and fans adding services.

1. In the name of the infringement cybersquatting domain name, the defendant is required to compensate 100,000 US dollars and stop the infringement;

2. Require the court to prevent the defendant from doing the following activities: creating and promoting fake accounts, selling praises and "false" fans on Facebook and Instagram, infringing Facebook trademarks on their websites, and using Facebook brand names.

According to public information, Jiuxiu Network was registered in April 2017 with a registered capital of RMB 5 million and is currently in the "survival" status.



The home page of the indictment (Source: TechCrunch reported on March 2)

False accounts, product likes, and "false" fans and other data fraud phenomenon, we are not surprised by this type of news.

On November 3, 2018, Wu Yifan went to the United States to release a new album " Antares ", which was suspected of fans faking.



People have never heard of Wu Yifan .

**There is also Cai Xukun who was criticized by CCTV .**





The charity event was actually a charity event sponsored by CCTV6 film channel and sponsored by hundreds of filmmakers such as Jackie Chan. But the topic points are all about Cai Xukun .

This truly shows: starting from fraud and returning to fraud!

Whether it's a video site's clicks, social media fans purchasing, e-commerce sites, sales, live broadcasts, and short video platforms, the data is money for these Internet platforms and platform players.

As "artificial data" can often be converted into more "real money."

For start-up Internet companies, the important judgment of investors on the company's performance is based on various key indicators of the platform, such as user volume, conversion rate, and daily users. The level of these indicators directly affects whether a company can obtain investor recognition and financing .

When the root of everything falls into the word of interest, it is not so easy to want to ban.

Not only the four companies that Facebook sued, on October 22, 2018, the public number "Xiao Sheng Bi Bi" in the article "I admit that we are organized to attack the hornet's nest " has revealed the phenomenon of "hornet's nest" data fraud in the domestic tourism industry.

The article shows that beehive has at least 7454 plagiarized accounts, although these accounts do not account for a large proportion of users, but it contributed 85% of the comments!

**There is also phenomenon of 1 user win prize 12 times -**

【有壕奖】SWM斯威汽车G01首席
异想官 全球招募 <span>同一智能抄袭账</span>

82469阅读 · 205评论 · 25顶
<span>号在多达12次有奖</span>

 小蜂 Lv44
<span>活动中均有斩获,</span>

3月14日
<span>得利颇丰 ——</span>

本次活动的中奖名单新鲜出炉!
案例 1:
🎁一等奖: 奢华异想之旅旅行基金
火爆辣椒　　　90313588
不会飞的羽毛10　52178153
succubus　　　59138048

🎁特别奖: 国际米兰俱乐部球星签名球衣
UID 90313588 的账号曾用名"野
牛狂奔", 现为"火爆辣椒"
【获奖名单已公布】按股子, 集船
票, 厦门金门自由行大奖等你拿!
28697阅读 · 186评论 · 65顶

 小蜂 Lv44 本次活动大奖得主竟
2016年5月8日
案例 2: 碰巧是经典抄袭账号

☀本期活动结束啦~ 感谢蜂蜂的热情参
与, 也恭喜以下幸运的获奖蜂蜂! 请以
下获奖蜂蜂在收到系统通知后, 及时回
复收件信息, 奖奖将在相关信息收集、
整理完毕后发出, 还请耐心等待哦! ~
公布中奖名单后的5个工作日内, 请收到
获奖私信的蜂蜂们, 尽快回复收货信
息: 至少抄袭189名用户, 贡献3057
🎁昇恒昌赞助提供的自由行 条点评
19901452 孤独的薰衣草

🎁蚂蜂窝定制公仔! 智能抄袭账号
90313588 野牛狂奔 紧随经典抄袭
账号之后

2016奥运会·奖牌争夺战【活动规
则】此UID为90313588的幸运 案例 4
68466阅读 · 519评论 · 77顶
账号还在以下活动中获奖:
有奖活动 | 新州有你更完美! 赢悉尼
往返机票+双人自由行
17603阅读 · 56评论 · 25顶 案例 5

【获奖名单已公布】黄金海岸和凯恩
斯——定制你的奇趣之旅
25021阅读 · 103评论 · 36顶 案例 6

【获奖名单已公布】 #谁是你的一拍
即合 # 等你来答! 有机会赢取日本自
由行大奖及蚂蜂窝周边好礼!
123326阅读 · 218评论 · 17顶 案例 7

【获奖名单已公布】先蜂来了第贰期
—— FUN享春日 艺犹未尽游香港
20789阅读 · 154评论 · 65顶 案例 8

获奖名单公布-【泰爱你520】蚂蜂窝
航班即将起飞啦!
15373阅读 · 28评论 · 154顶 案例 9

【获奖名单公布】有大奖|驱 寻味,
在路上追寻绝赞美味
16182阅读 · 59评论 · 18顶 案例 10

【吉祥物第二批奖品发布】又500个
投票奖来咯!
6339阅读 · 9评论 · 44顶 案例 11

【获奖名单已公布】#嗨BUY新罗#
跨年季 | 新罗购物达人悬赏招募!
17681阅读 · 139评论 · 17顶 案例 12

(Source: "Xiao Sheng Bi Bi" public account)

It is "hornet's nest " like this, which has already received more than one billion dollars in financing .

Although there are platforms and laws severely cracked down on the fans adding phenomenon, the problem of data fraud has still been unstoppable.

There are reasons for this phenomenon. Behind the data fraud is a gray area industrial chain driven by traffic realization. The fraud parties, the platform itself and the settled merchants on the platform are all part of this industry chain.

In this industry chain, special view count fraud companies have been born. They have developed a dedicated group control system that can control thousands of mobile phones to download, read articles, watch videos and other fraud operations through just one computer .

According to a survey of small red book merchants, the gross profit margin of its view count fraud business can reach 70-80%, and the profit is very impressive.

Author|Zheng Wei, Mei Xi Source|Capital State

**[This article is a comprehensive report of China IPO; if you need to reprint, please send a private. 】**

Risk Warning: All information presented by Capital State is for investment reference only and does not constitute investment advice. Investment is risky and you need to be cautious when entering the market!

related news
US government temporarily shut down, 3D printer Stratasys sales suffered
Li Xiaolai invested in industrial marijuana, and the richest man in front of Bitcoin came to cut the leek.
Foreign media: Sino-German economic relations are intriguing. Chinese investment in Germany is far less than that in the United States.
Is Facebook aligning with WeChat?
Hundreds of investment rumors: Successful investments are anti-human, after reading the book for 10 years!
US presidential candidate: In addition to Amazon, Google and Facebook, Apple should also be split
From what happened to the five-person team to the current Internet giant, what has Tencent experienced?
It has an annual revenue of 17 billion, and has received 4.6 billion investment from Ma Yun. Can SF maintain its leading position?
This almost smashed company was acquired by the transformation of 6.5 billion US dollars!

The head of the company took the money and fled the investor to break the contract. Half of the employees left the company and are now acquired by the giant.

# Media Reporting 8

# SCREENSHOT OF WEBSITE
# (ORIGINAL IN SIMPLIFIED CHINESE)

Case 4:19-cv-01167-JST　　Document 26-2　　Filed 11/26/19　　Page 114 of 141

| 军事频道 | 5559跟贴 |

# 吴亦凡、蔡徐坤流量谁在刷？Facebook起诉了4家中国数据造假公司

2019-03-07 10:36　　金融投资报



　　日前，美国社交平台公司脸书(Facebook)称，其已向美国加利福尼亚北区联邦地区法院提起诉讼，起诉了四家中国公司和三名在中国境内活动人士(下称"被告方")。

被告: 

军事频道　　　　　　　　　　5559跟贴

九秀网络(深圳)网络技术有限公司;


9 Xiu feishu Science and Technology(九秀飞书);


9 Xiufei Book Technology(九秀飞书);


Home Network (Fujian) Technology Co.(有家网络);


九秀网络的大股东、总经理和执行董事高伟及另外两个人。


## 指控内容:


被告方在2017年至2019年期间，通过运营六家网站，针对脸书及其旗下图片及视频分享社交软件Instagram进行了侵权、违

法活动，包括非法推销虚假账户、销售点赞和增粉服务。

1、以侵权抢注域名的名义，要求被告赔偿10万美元并停止侵权行为;

2、要求法院阻止被告方进行以下活动：在Facebook和Instagram上创建和推广虚假账户、销售点赞和"虚假"粉丝、在其网站上侵犯脸书商标、使用脸书品牌的域名。公开资料显示，九秀网络注册于2017年4月，注册资本500万人民币，目前为"存续"状态。





起诉书首页(图片来源：TechCrunch 3月2日报道)

虚假账户、销售点赞和"虚假"粉丝等数据造假的现象，我们似乎早已见怪不怪。

2018年11月3日，吴亦凡去美国发新专辑《Antares》，疑似粉丝刷榜事件。

人家歪果仁根本没听过吴亦凡。

还有被央视点名批评的蔡徐坤——



(图片来源：央视新闻截图)

随后，微博上竟出现蔡徐坤公益洗白现象——





(图片来源:微博截图)

　　该公益活动实际是CCTV6电影频道主办，成龙等百位电影人发起的公益活动。但是话题点进去全部都是蔡徐坤。

　　真的展示了：始于造假归于造假!

　　无论是视频网站刷点击量，还是社交媒体买粉丝、电商网站刷销量、直播和短视频平台刷赞数——对于这些互联网平台和平台玩家而言，数据就是金钱。

　　有店家表示，"只要你想要上这个榜，我就能给你做上去。"

Case 4:19-cv-01167-JST　Document 26-2　Filed 11/26/19　Page 120 of 141

相关数据显示，抖音热搜榜，前5名3.5万，前10名3万，前20名2万，前30名1万，按在榜期间的最高排名收费。

粉丝方面，则与微博类似，粉丝40元1000，分享5元1000，评论5元100，赞20元1000，播放量2元1万。"

而对于QQ音乐流行指数，虾米音乐的新歌榜等所有榜单均是按名次明码标价：

具体来看，QQ音乐流行指数1-5，12800元；虾米音乐新歌榜前一百，6000元；虾米音

乐热歌榜前一百，8000元；虾米音乐分享榜前十，4000元；抖音飙升榜前二十，28000元；抖音热歌榜前十，55000元。

Case 4:19-cv-01167-JST　Document 26-2　Filed 11/26/19　Page 121 of 141

可以说，只要愿意砸钱，就可以"人造数据"。



（综合资本邦等。）

特别声明：本文为网易自媒体平台"网易号"作者上传并发布，仅代表该作者观点。网易仅提供信息发布平台。

网易新闻
网易新闻 | 各有态度°　　　　　　　　　　　　　　查看

**热门跟贴**　　　　　　　　　　　　　　**发贴** ＞

[网易内蒙古自治区手机网友]　　　　　1907 顶

谁不给我点赞，以后打球就像蔡徐坤☺

我的网名和JJ一样长[网易广...　　　　877 顶

这个逼是谁我都不知道，吴亦凡倒是知道点，炮王嘛

# SCREENSHOT OF TRANSLATION FROM SIMPLIFIED CHINESE INTO ENGLISH

http://www.yidianzixun.com/article/0LR3ZHjH/amp

# Wu Yifan, Cai Xukun Who Is Faking The Page View Counts? Facebook Sued Four Chinese Data Fraud Companies

2019.3.6 Capital State

A few days ago, Facebook , the US social platform company, said it had filed a lawsuit in the US Federal District Court for the Northern District of California , indicting four Chinese companies and three activists in China (hereinafter referred to as "the defendant").

- **defendant:**

Jiuxiu Network (Shenzhen) Network Technology Co., Ltd.;

9 Xiu feishu Science and Technology (九秀飞书);

9 Xiufei Book Technology (九秀飞书);

Home Network (Fujian) Technology Co. (Home Network);

Gao Wei, the major shareholder, general manager and executive director of Jiuxiu Network, and two others.

**Allegations:**

During the period from 2017 to 2019, the defendant conducted infringement and illegal activities against Facebook and its photo and video sharing social software Instagram through the operation of six websites, including illegal sales of fake accounts, product likes and fans adding services.

1. In the name of the infringement cybersquatting domain name, the defendant is required to compensate 100,000 US dollars and stop the infringement;

2. Require the court to prevent the defendant from doing the following activities: creating and promoting fake accounts, selling praises and "false" fans on Facebook and Instagram, infringing Facebook trademarks on their websites, and using Facebook brand names.

According to public information, Jiuxiu Network was registered in April 2017 with a registered capital of RMB 5 million and is currently in the "survival" status.

The home page of the indictment (Source: TechCrunch reported on March 2)

False accounts, product likes, and "false" fans and other data fraud phenomenon, we are not surprised by this type of news.

On November 3, 2018, Wu Yifan went to the United States to release a new album " Antares ", which was suspected of fans faking.

People have never heard of Wu Yifan .

**There is also Cai Xukun who was criticized by CCTV .**

The charity event was actually a charity event sponsored by CCTV6 film channel and sponsored by hundreds of filmmakers such as Jackie Chan. But the topic points are all about Cai Xukun .

This truly shows: starting from fraud and returning to fraud!

Whether it's a video site's clicks, social media fans purchasing, e-commerce sites, sales, live broadcasts, and short video platforms, the data is money for these Internet platforms and platform players. Data is money. One store owner said, "As long as you want to get good ratings, I can do it for you."

Related data show that on DouYin app ranking chart, the top 5 rankings cost 35,000 yuan, the top 10 cost 30,000 yuan, the top 20 ranking cost 20,000 yuan, the top 30 ranking cost 10,000 yuan, depending on the highest ranking during the time of charge. Fans wise, is similar to Weibo, 1000 fans is 40 yuan, 1000 shares 5 yuan, 100 comments 100 yuan, 1000 likes 20 yuan, 10,000 views 2 yuan.

And for the QQ Music ranking, Shrimp music's new song ranking list and other lists are ranked according to below

Specifically, QQ music ranking top 1-5, 12800 yuan; Shrimp Music new song list top 100, 6000 yuan; Shrimp Music hot song list 100, 8000 yuan, Shrimp Music sharing list of top 10, 4000 yuan, DouYin ranking list of top 20, 28000 yuan, DouYin ranking list Top 10, 55000 yuan.

It can be said that as long as you are willing to throw money, you can fake data.

(Integrated Capital State etc.)

Exhibit 3

**Lauridsen, Steven E.**

| | |
|---|---|
| **From:** | Simple <geeai@qq.com> |
| **Sent:** | Wednesday, May 29, 2019 2:57 AM |
| **To:** | Steele, David J. |
| **Subject:** | 9 Xiu Network Technology (Shenzhen) Co., Ltd. |

Hello David :

This is 9 Xiu Network Technology (Shenzhen) Co., Ltd. According to your statement,9 XIU infringed on some of the rights and interests of Facebook and Instagram. After our investigation, The registration of domain names and the operation of websites are illegal operations by Ms. Liu Zhaochun who embezzled 9 Xiu company information. It has nothing to do with 9 Xiu Company and Mr. Gao Wei. The registration information of the domain name and the bank account of the website collection are owned by Liu Zhaochun and his husband.

9xiu Network Technology (Shenzhen) Co., Ltd. and Mr. Gao Wei are both victims. We will also initiate legal proceedings against Ms. Liu Zhaochun in China to safeguard the legitimate rights and interests of companies and legal persons. Hope to get your evidence and help.

Best,

Daniel

Exhibit 4

**Lauridsen, Steven E.**

| | |
|---|---|
| **From:** | Chen, Ying |
| **Sent:** | Wednesday, August 21, 2019 3:38 PM |
| **To:** | geeai@qq.com; xubin878@foxmail.com |
| **Cc:** | Steele, David J.; Lauridsen, Steven E. |
| **Subject:** | Facebook v. 九秀网络科技（深圳）有限公司 (TE No. 015949-005) |
| **Attachments:** | 2019-08-21 - AO_398 - 9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD (ZH-CN).pdf; 2019-08-21 - AO_398 - 9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.PDF; 2019-08-21 - AO_398 - 9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO. (ZH-CN).pdf; 2019-08-21 - AO_398 - 9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO..pdf; 2019-08-21 - AO_398 - 9 XIUFEI BOOK TECHNOLOGY CO., LTD (ZH-CN).pdf; 2019-08-21 - AO_398 - 9 XIUFEI BOOK TECHNOLOGY CO., LTD.pdf; 2019-08-21 - AO_398 - HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD (ZH-CN).pdf; 2019-08-21 - AO_398 - HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.pdf; 2019-08-21 - AO_398 - WEI GAO aka GAO WEI (ZH-CN).pdf; 2019-08-21 - AO_398 - WEI GAO aka GAO WEI.pdf; 2019-08-21 - AO_398 - ZHAOCHUN LIU aka LIU ZHAOCHUNI (ZH-CN).pdf; 2019-08-21 - AO_398 - ZHAOCHUN LIU aka LIU ZHAOCHUNI.pdf; 2019-08-21 - AO_398 - ZHAOPING LIU aka LIU ZHAOPING (ZH-CN).pdf; 2019-08-21 - AO_398 - ZHAOPING LIU aka LIU ZHAOPING.pdf; 2019-08-21 - AO_399 - 9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD (ZH_CN).pdf; 2019-08-21 - AO_399 - 9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.pdf; 2019-08-21 - AO_399 - 9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO. (ZH-CN).pdf; 2019-08-21 - AO_399 - 9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO..pdf; 2019-08-21 - AO_399 - 9 XIUFEI BOOK TECHNOLOGY CO., LTD (ZH-CN).pdf; 2019-08-21 - AO_399 - 9 XIUFEI BOOK TECHNOLOGY CO., LTD.pdf; 2019-08-21 - AO_399 - HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD (ZH-CN).pdf; 2019-08-21 - AO_399 - HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.pdf; 2019-08-21 - AO_399 - WEI GAO aka GAO WEI (ZH-CN).pdf; 2019-08-21 - AO_399 - WEI GAO aka GAO WEI.pdf; 2019-08-21 - AO_399 - ZHAOCHUN LIU aka LIU ZHAOCHUNI (ZH-CN).pdf; 2019-08-21 - AO_399 - ZHAOCHUN LIU aka LIU ZHAOCHUNI.pdf; 2019-08-21 - AO_399 - ZHAOPING LIU aka LIU ZHAOPING (ZH-CN).pdf; 2019-08-21 - AO_399 - ZHAOPING LIU aka LIU ZHAOPING.pdf |

尊敬的先生/女士：

　　我是陈莹，是美国Tucker Ellis律师事务所的知识产权专员。我讲中文，我将协助David Steele律师与你们沟通联络。Tucker Ellis律师事务所在本案件中代理Facebook, Inc.和Instagram, LLC (统称 "Facebook")。

　　Facebook已经对您和您的公司提起了民事诉讼，该诉讼已提交美国加利福尼亚州北区地方法院审理。根据国际"海牙公约"，该诉讼相关文书将通过中国司法部和法院向您送达。为加快案件处理，本邮件附有给每一位被告的放弃传票送达书，请让您代理或代表的每一位被告在该文件（中英文双份）上签字，并寄回给我们。签署放弃传票送达书意味着被告已收到该诉讼的相关文件，并确认其送达。据我了解，您之前已经通过邮件收到了起诉状和放弃传票送达书，如果您另有需要，请告知我们，我们会安排再次寄送。签署该放弃书不是必须的，但如果不签署，通过海牙公约的送达程序产生的费用将由你方承担。

　　首先我们想通知您，法院已经安排了案件管理会议。原被告双方和法官会在案件管理会议上一起讨论案件如何进展，并确定包括庭审日期在内的相关日期。我们的案件管理会议最初安排在2019年6月5日，但是由于我们当时未能与

您取得联系，我们向法院申请，将会议改期至2019年9月16日。9月16日的案件管理会议将在奥克兰联邦法院2楼6号审判室举行。

      Steele律师在之前的信件中已经提到过，根据法院要求，我们需要在案件管理会议之前与您或者您的律师就一些问题进行商讨，该商讨需要在2019年8月26日前进行。如果您愿意签署放弃传票送达书，那请提供几个你们方便商讨的时间。如果您不愿意放弃传票送达书或者无法进行商讨，那请告知你方是否同意将案件管理会议从2019年9月16日延期至2019年12月16日，这样有更多时间来完成海牙公约下的送达程序，然后我们将向法院提出延期申请。

      但是在案件管理会议前，我们希望可以和您私下沟通一下案件情况、你方意见、案件进展计划、以及可能的解决方案。我们希望可以在本周或者下周初，通过电话或者视频会议与您或者您的律师取得联系，我们将提供中英文翻译。请提供你方方便的时长一小时的三个时间段（日期加时间）。

      最后，您在之前的邮件中提到您公司和刘招春之间的争议，我们也很愿意了解这个情况，任何相关信息都有可能帮助我们决定如果推进该案件，帮助我们找到对我们双方都有利的解决方案。

      谢谢你的留意与合作。

此致，

陈莹

**Ying Chen | Intellectual Property Specialist | Tucker Ellis LLP**
950 Main Avenue, Suite 1100 | Cleveland, OH 44113
Direct: 216-696-3371| Fax: 216-592-5009
ying.chen@tuckerellis.com
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

Exhibit 5

Dear Sirs or Madams,

My name is Ying Chen. I am an Intellectual Property Specialist at Tucker Ellis LLP, an American law firm. I am a native Chinese speaker, and I will be assisting Attorney David Steele with this matter, facilitating communication in both English and Chinese. Tucker Ellis LLP represents Facebook, Inc. and Instagram, LLC (collectively, "Facebook").

Facebook has filed a civil lawsuit against you and your company. The lawsuit is pending in the United States District Court for the Northern District of California. You will be formally served with the lawsuit through the Central Authority for China in accordance with an international treaty called the Hague Convention. To expedite resolution to this matter, I am attaching to this email a Waiver of the Service of Summons form for each Defendant. Please have each Defendant whom you represent or on whose behalf you are writing sign this form (both the English and Chinese version) and return it to us. By signing, each of you  will be confirming that you have received the documents filed in this case and have accepted service of the lawsuit. It is my understanding you previously received this form and the complaint by email. If you need another copy, let me know, and I will send one to you. Signing this form is not mandatory. But if you do not sign it, we will later seek our costs from you for having to formally serve you under the Hague Convention.

Before we discuss your emails, we need to discuss the fact there is a Case Management Conference scheduled by the court. At the Case Management Conference, all parties and the judge meet to discuss how the case should progress and to schedule dates for aspect of the case, inclding the trial date. The Case Management Conference was first scheduled on June 5, 2019. But because we had not been able to reach you before that date, the court granted our request to move the conference to September 16, 2019. The September 16, 2019 Case Management Conference will be held in Oakland federal court, Courtroom 6, 2nd Floor.

As Mr. Steele explained in his last letter, we are required by court order to discuss with you or your attorney a number of topics in advance of the Case Management Conference. The current deadline to have this discussion is August 26, 2019. If you will sign the waiver form, please let me know some dates before then when you are available to discuss these topics. If you will not sign the waiver form or are unable to discuss these topics at this time, please let me know if you would agree to move the Case Management Conference from September 16, 2019 to December 16, 2019. This will allow additional time for you to be served under the Hague Convention. We will then ask the court to move the Case Management Conference to that date.

But before the conference takes place we would also like to discuss, confidentially, what happened, what you stated occurred in your emails, how we plan to proceed, and possible resolution of the case. We are hoping to have a phone call or a video meeting with you or your attorney later this week, or early next week. I will be able to provide translation during the conversation. Please provide us with three different one-hour timeslots (days and times) that will work for you.

Finally, you also stated in your previous email that there have been disputes between Zhaochun Liu and your company on this matter. We are curious to know about this. Any information you are able to provide will be helpful to determine how to proceed and whether we can reach a resolution that aligns with the interest of both Facebook and your company.

Thank you for your attention, and we appreciate your cooperation.

Regards,
Ying Chen

Exhibit 6

**Lauridsen, Steven E.**

| | |
|---|---|
| **From:** | Chen, Ying |
| **Sent:** | Friday, November 22, 2019 7:12 PM |
| **To:** | geeai@qq.com; xubin878@foxmail.com |
| **Cc:** | Steele, David J.; Lauridsen, Steven E. |
| **Subject:** | Facebook v. 九秀网络科技（深圳）有限公司 (TE No. 015949-005) |

尊敬的先生/女士：

我代表David Steele律师和Steven Lauridsen律师，与您进行关于您与Facebook, Inc.和Instagram, LLC的诉讼纠纷相关事宜的商讨。

首先，我们再次向您询问，您是否愿意签署送达豁免表，并将其发还我们。我在上一封邮件中已以附件形式将该表格发给您，但如果您还需要一份，请与我联系。

我们希望您知道，签署送达豁免表意味着确认收到诉讼相关文件，并确认其送达。但如果您不愿意签署送达豁免表，我们将根据国际海牙公约第15条采取缺席判决。根据海牙公约，在原告已经向中国司法部提出送达请求的情况下，如果超过六个月没有得到送达确认，则原告有权采取缺席判决。当我们准备提出该动议时，我们将向您另发通知。

其次，由于我们之前没有能够按约进行会面商谈，法院批准了我们的申请，并将案件管理会议延期至2019年12月17日。在案件管理会议前，你我双方需要在2019年11月26日之前就案件的一些问题进行讨论，讨论内容可参考之前邮件。请告知我们您是否愿意在2019年11月26日之前与我们进行电话或视频会议。

最后，如果您不愿意出席案件管理会议之前的会面和商谈，我们将向法院申请继续延期案件管理会议，这样我们将有时间在会议前提出缺席判决动议并完成庭审。如果您不愿意出席会议前的会面和商谈，您是否同意案件管理会议继续延期约90天？

谢谢您的留意与合作。

此致，

陈莹
知识产权专员
Tucker Ellis律师事务所

**Ying Chen | Intellectual Property Specialist | Tucker Ellis LLP**
950 Main Avenue, Suite 1100 | Cleveland, OH 44113
Direct: 216-696-3371| Fax: 216-592-5009
ying.chen@tuckerellis.com
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

Exhibit 7

Dear Sirs and Madams,

I am writing on behalf of Attorney David Steele and Attorney Steven Lauridsen to discuss some issues relating to the lawsuit between you and Facebook, Inc. and Instagram, LLC.

First, we are asking again if you will sign the Waiver of the Service of Summons forms and return them to us. The forms were attached to our last email, but if you need additional copies, please let me know.

We wanted you to know that by signing the forms, you will be confirming that you have received the documents filed in this lawsuit and accepted service of this lawsuit. If, however, you refuse to the sign these forms, we will be moving to default judgement pursuant to Article 15 of the Hague Service Convention, which authorizes us to move for default judgement if we have submitted a request to the Chinese Central Authority and have not received confirmation of service after six months. We will provide additional notice when we prepare to file that motion.

Second, as we were not able to previously meet and confer as requested, the Court granted our prior motion to continue the Case Management Conference to December 17, 2019. Before the Case Management Conference, we need to discuss with you a number of topics raised in my prior emails no later than November 26th, 2019. Please let us know if you are willing to have a phone call or video meeting with us before November 26th, 2019.

Finally, we wanted you to know that if you are unwilling to have the pre-conference meeting and discussion, we intend to file a motion requesting that the Court further postpone the conference to allow us time to file our motion for default judgement and have it heard before the conference takes place. If you are unwilling to have the pre-conference discussions, will you agree to continue the Case Management Conference by about ninety days?

Thank you for your attention, and we appreciate your cooperation.

Regards,

Ying Chen
Intellectual Property Specialist
Tucker Ells LLP

Exhibit 8

## Lauridsen, Steven E.

| | |
|---|---|
| **From:** | Lauridsen, Steven E. |
| **Sent:** | Friday, November 22, 2019 7:20 PM |
| **To:** | '262740299@qq.com'; '493661190@qq.com'; '793661190@qq.com'; 'Anly2016@qq.com'; '416257666@qq.com'; '32687976006@qq.com'; '416257666@qq.com'; '3200369367@qq.com' |
| **Cc:** | Steele, David J. |
| **Subject:** | RE: Facebook, Inc. v. 9 XIU Network (Shenzhen) Tec. Co. Ltd. et al., No. 3:19-cv-01167 (Tucker Ellis Matter No. 015949-005) |

I am following up on my last email, below. The case management conference is scheduled for December 17, 2019. We are requesting that the Court continue the conference to March 17, 2020 for the reasons discussed below in my prior emails. We also intend to move for default judgment under Article 15 of the Hague Service Convention given the amount of time that has passed since we initiated service of process, which is an additional reason we intend to request that the Court continue the conference. Please let us know if you will stipulate to moving the conference or if you are able to meet and confer as requested in my prior emails.

Best regards,

**Steven E. Lauridsen | Attorney | Tucker Ellis LLP**
515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3308 | Fax: 213-430-3409
steven.lauridsen@tuckerellis.com
tuckerellis.com

---

**From:** Lauridsen, Steven E.
**Sent:** Friday, August 23, 2019 11:32 AM
**To:** Davidson, Jane <Jane.Davidson@tuckerellis.com>; '262740299@qq.com' <262740299@qq.com>; '493661190@qq.com' <493661190@qq.com>; '793661190@qq.com' <793661190@qq.com>; 'Anly2016@qq.com' <Anly2016@qq.com>; '416257666@qq.com' <416257666@qq.com>; '32687976006@qq.com' <32687976006@qq.com>; '416257666@qq.com' <416257666@qq.com>; '3200369367@qq.com' <3200369367@qq.com>
**Cc:** Steele, David J. <David.Steele@tuckerellis.com>
**Subject:** RE: Facebook, Inc. v. 9 XIU Network (Shenzhen) Tec. Co. Ltd. et al., No. 3:19-cv-01167 (Tucker Ellis Matter No. 015949-005)

To Whom It May Concern:

The current Case Management Conference is scheduled for September 16, 2019 in Oakland. We intend to request that the Court continue the conference to December 11, 2019 at 2:00 p.m. in the Oakland federal courthouse, in Courtroom 6, 2nd Floor. We are making this request to allow us time to serve you and to meet and confer as detailed in the email below. Please let us know if you will stipulate. Otherwise, we will file a motion with the Court on Monday seeking this relief.

Best regards,

**Steven E. Lauridsen | Attorney | Tucker Ellis LLP**

515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3308 | Fax: 213-430-3409
steven.lauridsen@tuckerellis.com
tuckerellis.com

---

**From:** Davidson, Jane <Jane.Davidson@tuckerellis.com>
**Sent:** Monday, May 13, 2019 5:12 PM
**To:** '262740299@qq.com' <262740299@qq.com>; '493661190@qq.com' <493661190@qq.com>; '793661190@qq.com' <793661190@qq.com>; 'Anly2016@qq.com' <Anly2016@qq.com>; '416257666@qq.com' <416257666@qq.com>; '32687976006@qq.com' <32687976006@qq.com>; '416257666@qq.com' <416257666@qq.com>; '3200369367@qq.com' <3200369367@qq.com>
**Cc:** Steele, David J. <David.Steele@tuckerellis.com>; Lauridsen, Steven E. <Steven.Lauridsen@tuckerellis.com>
**Subject:** Facebook, Inc. v. 9 XIU Network (Shenzhen) Tec. Co. Ltd. et al., No. 3:19-cv-01167 (Tucker Ellis Matter No. 015949-005)

Sent on Behalf of David Steele:

To Whom It May Concern:

We represent Facebook, Inc. and Instagram, LLC (collectively, "Facebook") with respect to certain intellectual property matters. Facebook recently filed a civil lawsuit in the United States District Court for the Northern District of California. You are a named defendant in this lawsuit.

You will be formally served with the lawsuit through the Central Authority for China in accordance with the Hague Convention for Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"). To expedite and simplify matters for all involved, we are enclosing with this letter courtesy copies of the pertinent documents filed in the lawsuit. Please note that the delivery of these documents does not constitute formal service of process and does not start the countdown toward your deadline to file an answer in the lawsuit. These documents include:

1. Complaint with Exhibits
    Exhibit 1: Credit Report
    Exhibit 2: Facebook Trademark Registrations
    Exhibit 3: Instagram Trademark Registrations
    Exhibit 4: 9xiufacebook.com Screenshot
    Exhibit 5: 9xiufacebook.cc Screenshot
    Exhibit 6: 9xiufacebook.net Screenshot
    Exhibit 7: maihaoba.cc Screenshot
    Exhibit 8: myfacebook.cc Screenshot
    Exhibit 9: myhaoba.com Screenshot
    Exhibit 10: 9xiufacebook.com Archive
    Exhibit 11: 9xiufacebook.com Screenshot
    Exhibit 12: Whois data
2. Civil Cover Sheet
3. Certificate of Interested Parties
4. Corporate Disclosure Statement
5. Report on the Filing or Determination of an Action Regarding a Patent or Trademark
6. Issued Summons
7. Case Assignment to Judge Tigar
8. Order Setting Initial Case Management Conference
9. Standing Order All Judges
10. Judge Tigar Standing Order
11. Notice of Video
12. Notice of Availability of Magistrate Judge
13. Electronic Case Filing (ECF) Registration Information Handout
14. Filing Procedures for San Francisco Division

As you can see from Document No. 6 listed above, the Court has scheduled a Case Management Conference on June 5, 2019. As set forth in that order, we are required to meet and confer with you or your counsel concerning methods and the selection of alternate dispute resolution in an attempt to resolve this case without going to trial. We are also required to meet and confer with you or your counsel concerning the management of the case and a proposed schedule. The current deadline for this conference is May 15, 2019. Once we have conferred, we need to submit a joint report to the Court before May 29, 2019. Please let us know of a date before May 15, 2019, when you or your counsel are able to discuss these matters.

If we do not hear from you regarding a date to confer, we intend to move the Court to extend the case management conference by three months to September 4, 2019, so that we may have time to meet and confer with you or your counsel before that date. Please let us know whether you will stipulate to moving that date.

Please contact me by telephone at +1 213.430.3360 or by email at david.steele@tuckerellis.com to further discuss this matter.

Sincerely,

TUCKER ELLIS LLP

David J. Steele

Enclosures

**Jane Davidson | Law Clerk | Tucker Ellis LLP**
515 South Flower Street, Forty-Second Floor| Los Angeles, CA 90071
Direct: 213-430-3030 | Fax: 213-430-3409
jane.davidson@tuckerellis.com
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.