TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
Facebook, Inc. and Instagram, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.;<br>9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.;<br>9 XIUFEI BOOK TECHNOLOGY CO., LTD.;<br>HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.;<br>WEI GAO a/k/a GAO WEI;<br>ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and<br>ZHAOPING LIU a/k/a LIU ZHAOPING,<br><br>　　　　　　Defendants. | Case No. 4:19-cv-1167-JST<br><br>**DECLARATION OF 麦铭辉 (MAI MING HUI) IN SUPPORT OF PLAINTIFFS' MOTION TO SERVE DEFENDANT 9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. THROUGH ALTERNATIVE MEANS [FED. R. CIV. P. 4(F)(3)]**<br><br>DATE:　　July 15, 2020<br>TIME:　　2:00 p.m.<br>CTRM:　　6 – 2nd Floor<br><br>Hon. Jon S. Tigar |

I, 麦铭辉 (Mai Ming Hui), declare as follows:

1. I am Managing Partner of MMLC Group, a law firm with offices in Beijing, People's Republic of China. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. I was retained by Plaintiffs in this action to investigate the location of Defendant 9 Xiu Network (Shenzhen) Technology Co., Ltd. a/k/a/ Jiuxiu Network (Shenzhen) Technology Co., Ltd. ("9 Xiu").

3. As part of this investigation, I recently searched the China company registry database, which reflects the same address as was shown in the database in May 2019 (*i.e.*, 112, Shanhai V Gu, 1 Hao Chengshi, Yongxiang Road, Maantang Community, Bantain Street, Longgang District, Shenzhen, PRC).

4. The accounting firm De Ju Ren He (Shenzhen) Accounting Firm Co., Ltd. is also located at this address. This accounting firm has informed my offices that it performs accounting duties for 9 Xiu and confirmed that 9 Xiu is registered at the accounting firm's address. It is quite common for small and medium sized companies in China to use their accounting firm as their company secretary and registered agent.

5. After the Chinese Central Authority attempted service at this address, my offices called the De Ju Ren He firm, which confirmed over the phone that it was still located at this address and still providing its accounting services to 9 Xiu.

6. This is consistent with the fact that 9 Xiu's registered address is still the same as that of the accounting company.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May __, 2020 in _____.

[Scanned Signature Page Follows]

麦铭辉 (Mai Ming Hui)

I, 麦铭辉 (Mai Ming Hui), declare as follows:

1. I am Managing Partner of MMLC Group, a law firm with offices in Beijing, People's Republic of China. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. I was retained by Plaintiffs in this action to investigate the location of Defendant 9 Xiu Network (Shenzhen) Technology Co., Ltd. a/k/a/ Jiuxiu Network (Shenzhen) Technology Co., Ltd. ("9 Xiu").

3. As part of this investigation, I recently searched the China company registry database, which reflects the same address as was shown in the database in May 2019 (*i.e.*, 112, Shanhai V Gu, 1 Hao Chengshi, Yongxiang Road, Maantang Community, Bantain Street, Longgang District, Shenzhen, PRC).

4. The accounting firm De Ju Ren He (Shenzhen) Accounting Firm Co., Ltd. is also located at this address. This accounting firm has informed my offices that it performs accounting duties for 9 Xiu and confirmed that 9 Xiu is registered at the accounting firm's address. It is quite common for small and medium sized companies in China to use their accounting firm as their company secretary and registered agent.

5. After the Chinese Central Authority attempted service at this address, my offices called the De Ju Ren He firm, which confirmed over the phone that it was still located at this address and still providing its accounting services to 9 Xiu.

6. This is consistent with the fact that 9 Xiu's registered address is still the same as that of the accounting company.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 5, 2020 in Brishane, Australia

麦铭辉 (Mai Ming Hui)

2

DECLARATION OF MAI MING HUI
CASE NO. 4:19-CV-1167-JST

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On **June 10, 2020,** I served the following: **DECLARATION OF 麦铭辉 (MAI MING HUI) IN SUPPORT OF PLAINTIFFS' MOTION TO SERVE DEFENDANT 9 Xiu NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. THROUGH ALTERNATIVE MEANS [Fed. R. Civ. P. 4(f)(3)]** on the interested parties in this action as follows:

**9 Xiu Network (Shenzhen) Tech. Co., Ltd. a/k/a Jiuxiu Network (Shenzhen) Tech. Co., Ltd.**
**9 Xiu Feishu Science and Tech. Co., Ltd.**
**9 Xiufei Book Technology Co., Ltd.**
**Home Network (Fujian) Tech. Co., Ltd.**
**Wei Gao a/k/a Gao Wei**
No. 112, Shanghai V Gu, 1 Hao Chengshi Yongxian Road, Maantang Community, Bantian Street, Longgand District, Shenzhen
Email: 262740299@qq.com
493661190@qq.com
793661190@qq.com
geeai@qq.com
zubin878@foxmail.com

**Zhaochun Liu a/k/a Liu Zhaochun**
No. 112, Shanghai V Gu, 1 Hao Chengshi Yongxian Road, Maantang Community, Bantian Street, Longgand District, Shenzhen
Email: Anly2016@qq.com
416257666@qq.com
32687976006@qq.com

**Zhaoping Liu a/k/a Liu Zhaoping**
No. 112, Shanghai V Gu, 1 Hao Chengshi Yongxian Road, Maantang Community, Bantian Street, Longgand District, Shenzhen
Email: 416257666@qq.com
3200369367@qq.com

**DEFENDANTS**

(X) **BY EMAIL:** the above-entitled document to be served electronically by email.

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 10, 2020**, at Los Angeles, California.

*Deborah DeLuna*
Deborah DeLuna