UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD., et al.,<br><br>    Defendants. | Case No. 19-cv-01167-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**<br><br>Re: ECF Nos. 35, 36 |

Pursuant to Civil Local Rule 72-1, this matter is referred for random assignment to a United States Magistrate Judge for a report and recommendation on Plaintiffs' motion for entry of default, ECF No. 35, and Plaintiffs' motion for leave to serve Defendant through alternative means, ECF No. 36. Any dates for hearings on these matters previously noticed on the undersigned's calendar are VACATED.

The parties will be advised of the date, time, and place of the next appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: June 19, 2020

_____
JON S. TIGAR
United States District Judge