UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD., et al.,<br><br>　　　　Defendants. | Case No.  19-cv-01167-JST (AGT)<br><br>**ORDER REQUESTING SUPPLEMENTAL SUBMISSION**<br><br>Re: Dkt. No. 35 |

Facebook has asked the Court to enter default against the three individual defendants in this case. The company maintains that default is warranted under Article 15 of the Hague Service Convention, because more than six months have passed since it asked China's Ministry of Justice to initiate service of process on these defendants and the Ministry has yet to do so.

With its motion, Facebook provided the Court with a copy of an application that it sent to the Ministry in order to initiate service on one of the corporate defendants. *See* ECF No. 35-2 at 12. The record, however, doesn't include copies of the applications that Facebook sent to the Ministry in order to initiate service on the three individual defendants. To confirm that Facebook submitted these applications, the Court requests that the company file copies of them by Tuesday, June 30. In doing so, Facebook need not include copies of documents that it attached to the applications if the documents weren't necessary to effectuate service.

**IT IS SO ORDERED.**

Dated: June 25, 2020

ALEX G. TSE
United States Magistrate Judge