TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
Facebook, Inc. and Instagram, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.;<br>9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.;<br>9 XIU FEI BOOK TECHNOLOGY CO., LTD.;<br>HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.;<br>WEI GAO a/k/a GAO WEI;<br>ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and<br>ZHAOPING LIU a/k/a LIU ZHAOPING,<br><br>Defendants. | Case No. 4:19-cv-1167-JST<br><br>**NOTICE OF PARTIAL WITHDRAWAL OF PLAINTIFFS FACEBOOK, INC. AND INSTAGRAM, LLC'S MOTION TO DEEM SERVICE EFFECTIVE AND TO ENTER DEFAULT AGAINST CERTAIN DEFENDANTS**<br><br>DATE:         July 15, 2020<br>TIME:         2:00 p.m.<br>CTRM:        6 – 2nd Floor<br><br>Presiding: Hon. Jon S. Tigar<br><br>Referral: Hon. Alex G. Tse |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby partially withdraw their motion for entry of default with respect to Defendant ZhaoPing Liu a/k/a Liu ZhaoPing only. As stated in the concurrently filed Supplemental Declaration of Celeste Ingalls, on June 25, 2020 — and after the filing of the instant motion — Plaintiffs' counsel received a certificate of attempted service for Ms. Liu from China's designated central authority. Supp. Ingalls Decl. ¶¶ 5-7 & Ex. 4.

Because service has been unsuccessfully attempted on Ms. Liu and a certificate from China's Central Authority has issued, Plaintiffs are no longer authorized to move for entry of Ms. Liu's default under Article 15 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163 (the "Hague Service Convention").

Plaintiffs will seek to serve Ms. Liu by email by filing an amended version of their previously filed motion to serve Defendant 9 Xiu Network (Shenzhen) Technology Co., Ltd. by email (ECF No. 36).

Plaintiffs continue to seek entry of default for Defendants Wei Gao and ZhaoChun Liu under Article 15 of the Hague Service Convention. Service documents requested by the Court for those defendants are attached to the Supplemental Ingalls Declaration as Exhibits 1-2.

DATED: June 30, 2020                         Tucker Ellis LLP

                                             By: /s/David J. Steele
                                                 David J. Steele
                                                 Howard A. Kroll
                                                 Steven E. Lauridsen

                                                 Attorneys for Plaintiffs,
                                                 Facebook, Inc. and Instagram, LLC