United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., et al.,

        Plaintiffs,

    v.

9 XIU NETWORK (SHENZHEN)
TECHNOLOGY CO., LTD., et al.,

        Defendants.

Case No. 19-cv-01167-JST

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: ECF Nos. 35, 44

On June 10, 2020, Plaintiffs moved for entry of default against Wei Gao and Zhaochun Liu, two Defendants based in China. ECF No. 35. The Court has reviewed Magistrate Judge Alex G. Tse's report and recommendation to grant the motion. ECF No. 44. The time to file objections has passed, and no objections have been received. The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, the Clerk is directed to enter default against Defendants Wei Gao and Zhaochun Liu.

    **IT IS SO ORDERED.**

Dated: August 13, 2020

_____
JON S. TIGAR
United States District Judge