UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD., et al.,<br><br>    Defendants. | Case No. 19-cv-01167-JST (AGT)<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 49 |

Judge Tigar has referred Facebook's pending motion—a renewed motion to serve defendants Zhaoping Liu and 9 Xiu Network (Shenzhen) Technology Co., Ltd., by e-mail—to the undersigned for a report and recommendation. Having reviewed the motion, the undersigned instructs Facebook to submit a supplemental brief addressing the following questions.

1. As part of Facebook's efforts to locate Zhaoping Liu, has the company attempted to call Liu at the phone number listed as his in the domain-registration records attached to the complaint? *See* Compl., Ex. 12, ECF No. 1-12 at 3, 5, 7. If so, how many attempts were made and what was the result? If no attempts were made, why not?

2. Would serving Zhaoping Liu by publication be a feasible supplement to serving her by e-mail? *See Chanel, Inc. v. Zhixian*, No. 10-CV-60585 JIC, 2010 WL 1740695, at *4 (S.D. Fla. Apr. 29, 2010). In what publications could notice be given? Alternatively or in addition, would publication of the case documents on a notice website be a feasible supplement to serving Liu by e-mail? *See Tiffany (NJ) LLC v. Dorapang Franchise Store*, No. 18-CV-61590 UU, 2018 WL 4828430, at *1 (S.D. Fla. July 17, 2018).

Facebook must file its supplemental brief on or before October 23.

**IT IS SO ORDERED.**

Dated: October 15, 2020

ALEX G. TSE
United States Magistrate Judge