TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.; 9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.; 9 XIU FEI BOOK TECHNOLOGY CO., LTD.; HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.; WEI GAO a/k/a GAO WEI; ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and ZHAOPING LIU a/k/a LIU ZHAOPING,<br><br>Defendants. | Case No. 4:19-cv-1167-JST (AGT)<br><br>**PLAINTIFFS' NOTICE OF NO OBJECTIONS TO REPORT AND RECOMMENDATION TO GRANT IN PART PLAINTIFFS' RENEWED MOTION TO AUTHORIZE SERVICE BY E-MAIL [57]**<br><br>Hon. Jon S. Tigar |

U.S. Magistrate Judge Alex G. Tse issued a Report and Recommendation to Grant in Part Plaintiffs' Renewed Motion to Authorize Service by E-Mail (the "Report and Recommendation"). Dkt. No. 57. In the Report and Recommendation, Judge Tse recommended that the subject motion be granted in part and denied in part such that Plaintiffs would be permitted to serve the summons and complaint in this action on Defendant 9 Xiu Network (Shenzhen) Technology Co., Ltd. by email but would not be permitted to serve Defendant Zhaoping Liu by email. *Id.* at 6.

While Plaintiffs maintain their position that serving Zhaoping Liu by email would be proper, Plaintiffs hereby provide this Court notice that they do not object to the Report and Recommendation, and they therefore respectfully request that the Court enter an order adopting the Report and Recommendation.

DATED: January 4, 2021                              Tucker Ellis LLP


                                                     By: /s/Steven E. Lauridsen
                                                         David J. Steele
                                                         Howard A. Kroll
                                                         Steven E. Lauridsen

                                                         Attorneys for Plaintiffs,
                                                         FACEBOOK, INC. and INSTAGRAM, LLC