United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD., et al.,<br><br>          Defendants. | Case No. 19-cv-01167-JST<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 57 |

On September 30, 2020, Plaintiffs filed their second motion for leave to serve Defendants 9 Xiu Network (Shenzhen) Technology Co., Ltd. ("9 Xiu") and Zhaoping Liu by e-mail. ECF No. 49. The court has reviewed Magistrate Judge Tse's report and recommendation to grant the motion in part. ECF No. 57. The time to file objections has passed, and no objections have been received. The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, the Court GRANTS Plaintiffs' motion in part, and permits them to serve 9 Xiu – but not Zhaoping Liu – by e-mail.

**IT IS SO ORDERED.**

Dated: January 4, 2021

_____
JON S. TIGAR
United States District Judge