1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.;<br>9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.;<br>9 XIUFEI BOOK TECHNOLOGY CO., LTD.;<br>HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.;<br>WEI GAO a/k/a GAO WEI;<br>ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and ZHAOPING LIU a/k/a LIU ZHAOPING,<br><br>Defendants. | Case No. 4:19-cv-1167-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EIGHTH MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]**<br><br>CURRENT DATE:  January 26, 2021<br>PROPOSED DATE:  April 27, 2021<br><br>TIME:  2:00 p.m.<br>CTRM:  Oakland – 6 – 2nd Floor<br><br>Hon. Jon S. Tigar |

1 | The Court, having read and considered Plaintiffs' Eighth Motion to Continue the Case Management Conference [L.R. 6-1(B)], and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that the case management conference in this action is continued from January 26, 2021 to April 27, 2021 at 2:00 p.m. in Courtroom 6, 2nd Floor, Oakland, CA.

**IT IS SO ORDERED.**

DATED: _____           _____
                                         Jon S. Tigar
                                         U.S. District Judge