TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:       213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
Facebook, Inc. and Instagram, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,

Plaintiffs,

v.

9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.;
9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.;
9 XIUFEI BOOK TECHNOLOGY CO., LTD.;
HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.;
WEI GAO a/k/a GAO WEI;
ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and ZHAOPING LIU a/k/a LIU ZHAOPING,

Defendants.

Case No. 4:19-cv-1167-JST

**DECLARATION OF STEVEN E. LAURIDSEN IN SUPPORT OF PLAINTIFFS' EIGHTH MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]**

CURRENT DATE:    January 26, 2021
PROPOSED DATE:   April 27, 2021

TIME:            2:00 p.m.
CTRM:            Oakland 6 –2nd Floor

Hon. Jon S. Tigar

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

I, Steven E. Lauridsen, declare as follows:

1.      I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2.      On January 11, 2021, I contacted Defendants by email to request that they stipulate to a continuance of the upcoming case management conference in this action from January 26, 2021 to April 27, 2021. As of the filing of this motion, none of the Defendants have replied.

3.      Because Defendants have not stipulated to continue the case management conference, Plaintiffs are filing the instant motion. This is the eighth request for the extension of any deadline in this action, and I do not believe that the extension will have an impact on the case schedule given that no scheduling order has yet been entered.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 14, 2021 in West Hollywood, California.

  /s/Steven E. Lauridsen
  STEVEN E. LAURIDSEN

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis