TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:       213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiffs,
Facebook, Inc. and Instagram, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.;<br>9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.;<br>9 XIUFEI BOOK TECHNOLOGY CO., LTD.;<br>HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.;<br>WEI GAO a/k/a GAO WEI;<br>ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and<br>ZHAOPING LIU a/k/a LIU ZHAOPING,<br><br>Defendants. | Case No. 4:19-cv-1167-JST<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT 9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.**<br><br>Hon. Jon S. Tigar |

TO THE CLERK OF THE COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby request that the Clerk enter default against Defendant 9 Xiu Network (Shenzhen) Technology Co., Ltd. ("9 Xiu").

On January 4, 2021, this Court granted Plaintiffs leave to serve 9 Xiu by email. ECF No. 59. Plaintiffs subsequently served 9 Xiu by email on January 8, 2021. ECF No. 60; *see also* Declaration of Steven E. Lauridsen ("Lauridsen Decl.") ¶ 2. The twenty-one-day deadline for 9 Xiu to respond to the complaint was on January 29, 2021. Fed. R. Civ. P. 12(a)(1)(A)(i). However, 9 Xiu has not filed a response to the complaint. Lauridsen Decl. ¶ 3. 9 Xiu is neither an infant, an incompetent person, or a person in military service or otherwise exempted from default judgment under the Servicemembers Civil Relief Act of 1940 (50 U.S.C. App. § 521). *Id.* ¶ 4.

Accordingly, Plaintiffs respectfully request that the Clerk enter default against Defendant 9 Xiu.

DATED: February 2, 2021                               Tucker Ellis LLP


By: /s/Steven E. Lauridsen
    David J. Steele
    Howard A. Kroll
    Steven E. Lauridsen

    Attorneys for Plaintiffs,
    Facebook, Inc. and
    Instagram, LLC