TUCKER ELLIS LLP
David J. Steele - SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:        213.430.3400
Facsimile:         213.430.3409

Attorneys for Plaintiffs,
Facebook, Inc. and Instagram, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.;<br>9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.;<br>9 XIUFEI BOOK TECHNOLOGY CO., LTD.;<br>HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.;<br>WEI GAO a/k/a GAO WEI;<br>ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and<br>ZHAOPING LIU a/k/a LIU ZHAOPING,<br><br>　　　　　　　Defendants. | Case No. 4:19-cv-1167-JST<br><br>**DECLARATION OF STEVEN E. LAURIDSEN IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT 9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.**<br><br>Hon. Jon S. Tigar |

I, Steven E. Lauridsen, declare as follows:

1. I am an attorney at Tucker Ellis LLP, counsel of record for Plaintiffs in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. On January 8, 2021, pursuant to an order from this Court, I served the summons and complaint in this action by email on Defendant 9 Xiu Network (Shenzhen) Technology Co., Ltd. ("9 Xiu").

3. As of the date of this declaration, 9 Xiu has not filed a response to the complaint, nor has my firm received any response to the complaint.

4. To the best of my knowledge, information, and belief, 9 Xiu is neither an infant, an incompetent person, or a person in military service or otherwise exempted from default judgment under the Servicemembers Civil Relief Act of 1940 (50 U.S.C. App. § 521).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 2, 2021 in West Hollywood, California.

      /s/Steven E. Lauridsen
      STEVEN E. LAURIDSEN