UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD., et al.,<br><br>Defendants. | Case No. 19-cv-01167-JST (AGT)<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 67 |

Plaintiffs have leave to submit, on or before September 6, 2021, any additional evidence they may have of contacts between the defendants and California.

**IT IS SO ORDERED.**

Dated: August 23, 2021

ALEX G. TSE
United States Magistrate Judge