UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01167-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 87 |

　　　　Pursuant to the Order Adopting Report and Recommendation and Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction signed November 16, 2021, judgment is hereby entered.

　　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: Tuesday, November 16, 2021

　　　　　　　　　　　　　　　　　　　Kathleen M Shambaugh (Acting)
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　Kathleen M Shambaugh (Acting)
　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR