TUCKER ELLIS LLP
David J. Steele SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Plaintiffs,
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC. and INSTAGRAM, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>9 XIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD. a/k/a JIUXIU NETWORK (SHENZHEN) TECHNOLOGY CO., LTD.;<br>9 XIU FEISHU SCIENCE AND TECHNOLOGY COMPANY LTD.;<br>9 XIUFEI BOOK TECHNOLOGY CO., LTD.;<br>HOME NETWORK (FUJIAN) TECHNOLOGY CO., LTD.;<br>WEI GAO a/k/a GAO WEI;<br>ZHAOCHUN LIU a/k/a/ LIU ZHAOCHUN; and<br>ZHAOPING LIU a/k/a LIU ZHAOPING,<br><br>　　　　Defendants. | Case No. 4:19-cv-1167-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DEFENDANTS**<br><br>Hon. Jon S. Tigar |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice Defendants 9 Xiu Feishu Science and Technology Co., 9 Xiufei Book Technology Co., Home Network (Fujian) Technology Co., and Zhaoping Liu.

DATED: January 31, 2022					Tucker Ellis LLP


							By:   /s/Steven E. Lauridsen
							        Steven E. Lauridsen

							Attorneys for Plaintiffs,
							FACEBOOK, INC. and INSTAGRAM, LLC